O'HARA, O'CONNELL & CIOTOLI
ATTORNEYS AND COUNSELORS AT LAW

**Stephen Ciotoli, Esq.**
tel (315) 671-3173
fax (315) 451-5585
fsg@oharalaw.com

7207 East Genesee Street • Fayetteville, New York 13066-1262 • (315) 451-3810
www.oharalaw.com

December 30, 2011
*(Via Electronic Filing)*

Hon. Thomas J. McAvoy
United States District Court, N.D.N.Y.
100 South Clinton Street
P.O. Box 7365
Syracuse NY 13261-7365

Re: *DANIELLE RAUSA v. THE BOARD OF EDUCATION of the North Syracuse Central School District and STEVEN WOLF, Principal of Roxboro Road M.S.,*
Case No.: 5:11-cv-1152

Dear Judge McAvoy:

I am the attorney for the Plaintiff in the above-referenced action and defense counsel has made a request to the Court for a page increase for a combined pre-answer motion to dismiss and motion for summary judgment.

We are in the process of obtaining a Right to Sue letter from the EEOC and have been informed that the letter should be forthcoming in early January 2012. When we receive this letter, we intend to amend the Complaint to add Title VII causes of action and in fact, the Amended Complaint is already in draft form and we are just waiting for the Right to Sue letter.

We would request that the Court enter an order that allows Plaintiff to file the Amended Complaint and then Defendants can file their combined motions to the Amended Complaint, which would be more efficient and economical, instead of doing this piecemeal. Perhaps the proper timing would be that once the Amended Complaint is filed, Defendants would have 14 days to bring their combined motion.

Thank you for the court's attention to this matter.

Very truly yours,

O'HARA, O'CONNELL & CIOTOLI

s/ Stephen Ciotoli___
Stephen Ciotoli
Bar No. 512228