UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DANIELLE RAUSA,

Plaintiff,

v.

THE BOARD OF EDUCATION OF THE NORTH SYRACUSE CENTRAL SCHOOL DISTRICT, AND STEVEN WOLF,

Defendants.

**NOTICE OF MOTION**

Civil Action No. 5:11-cv-01152 (TJM-AJB)

**PLEASE TAKE NOTICE** that upon Defendants' Statement of Undisputed Material Facts pursuant to Local Rule 7.1(a)(3); the Declaration of Laura H. Harshbarger, Esq., in Support of Defendants' Motion for Summary Judgment, with attached exhibits; the Affidavit of Kathleen B. Gramet, with attached exhibits; the Affidavit of Ellen Hardy, with attached exhibits; the Affidavit of Kristen Kopf, with attached exhibit; the Affidavit of Robyn Launt, with attached exhibits; the Affidavit of David Morton, with attached exhibits; the Affidavit of Annette Speach, with attached exhibits; the Affidavit of Steven Wolf, with attached exhibits; Defendants' Memorandum of Law in Support of its Motion for Summary Judgment; and all prior pleadings and docket entries filed or made in this case, Defendants, The Board of Education of the North Syracuse Central School District and Steven Wolf, will move this Court at the U.S. Courthouse, 445 Broadway, Albany, New York 12207, on May 13, 2013 at 10:00 a.m., or as soon thereafter as counsel may be heard, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Defendants summary judgment dismissing the Complaint in its entirety, and granting such other and further relief as the Court may deem just and equitable.

**PLEASE TAKE FURTHER NOTICE** that responsive papers must be served in accordance with Local Rule 7.1(b).

BOND, SCHOENECK & KING, PLLC

Dated: March 29, 2012

By: /s/ Laura H. Harshbarger

Laura H. Harshbarger, Esq.
(Bar Roll No. 509779)
Kristen E. Smith, Esq.
(Bar Roll No. 513756)
*Attorneys for Defendants*
Office and Post Office Address
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8000
Email: lharshbarger@bsk.com
Email: ksmith@bsk.com

TO: Stephen Ciotoli, Esq.
O'Hara, O'Connell & Ciotoli
*Attorneys for Plaintiff*
Office and Post Office Address
7202 East Genesee Street
Fayetteville, NY 13066
Telephone: (315) 451-3810
E-mail: sdc@oharalaw.com