UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DANIELLE RAUSA,

Plaintiff,

v.

THE BOARD OF EDUCATION OF THE NORTH SYRACUSE CENTRAL SCHOOL DISTRICT, AND STEVEN WOLF,

Defendants.

---

**AFFIDAVIT**

Civil Action No. 5:11-CV-1152 (TJM/ATB)

STATE OF SOUTH CAROLINA )

COUNTY OF GEORGETOWN )

**KATHLEEN B. GRAMET,** being duly sworn, deposes and states:

1. I was employed by the North Syracuse Central School District (the "District") from 1978 until 2005. I began my career with the District as a teacher and ended my career as Superintendent of Schools. I served as Superintendent from 2000 until my retirement in 2005.

2. In September 2007, the then Principal of Roxboro Road Middle School ("Roxboro Road"), Joseph Menard took a different position within District Administration. I was asked to serve as Principal of Roxboro Road on an interim basis until a new Principal was selected and hired. Therefore, I was interim Principal of Roxboro Road from September 2007 until Steven Wolf began as Principal in January 2008.

3. I returned to Roxboro Road in the spring of 2009. At that time, then Assistant Principal Tracy Davidson went on leave. I remained interim Assistant Principal, working under Mr. Wolf, until the end of the 2009-2010 academic year.

4. Ms. Rausa had been on my “radar screen” when I was Superintendent. There are certain teachers whose names repeatedly come up in administrators’ conversations as teachers of concern. Ms. Rausa was one of these teachers. Several administrators over the years mentioned that Ms. Rausa was a difficult individual. I was aware from Smith Road Elementary Principal Bernard Campbell that Ms. Rausa had a significant interpersonal conflict with her fellow music teacher Becky (Gay) Hall at Smith Road Elementary, and I had heard from administrators (both male and female administrators over the years) that she was a source of conflict at Roxboro Road. To be clear, this was all years *before* Mr. Wolf came to the District.

5. I had the opportunity to work closely with Mr. Wolf during my time at Roxboro Road. I also had the opportunity to observe Danielle Rausa. Based on my experience and observations, there is no basis to Ms. Rausa’s allegations she was treated discriminatorily because of her gender.

6. My observations of Ms. Rausa confirmed the reports about her I had heard over the years as Superintendent. Ms. Rausa was respectful to me (no doubt in part because of my stature within the District), but I saw hints of the passive/aggressive tendencies or acts of irresponsibility that coworkers and administrators complained about.

7. I observed Ms. Rausa do things that, in my experience, no other teacher would dare to do. For instance, Ms. Rausa was often late either to her homeroom or her duty assignments during the school day. On many occasions, I ended up having to unlock her room and let her homeroom students in because she had not arrived yet. On other occasions, she left the building before dismissal time and without permission.

8. I was involved with a few of the specific incidents at issue in the case.

9. One issue involves the April 4, 2009 Saturday Drama Club Rehearsal. It is my understanding that Ms. Rausa alleges that I knew she might leave that rehearsal and that I approved of her leaving. This is absolutely untrue.

10. The Saturday rehearsal was held on the heels of girls' allegations that a particular male student had touched them inappropriately during Drama Club. Ms. Rausa approached me about a rehearsal on Saturday as a last minute preparation for the play. She told me that her daughter was to perform at Solofest that same day. I told her that she should not have scheduled a rehearsal if she had a scheduling conflict. Ms. Rausa assured me that she would get the conflict resolved, and she mentioned having a family member take her daughter to Solofest.

11. Ms. Rausa was responsible for the Drama Club. I would never have approved, and I did not approve, of Ms. Rausa leaving the building while her Drama Club students were in the building on a Saturday. That Ms. Rausa left was, in my opinion, terribly irresponsible.

12. I was also involved in an incident where Ms. Rausa yelled at office secretary Tami Moran. Ms. Moran reported that Ms. Rausa had called her from the auditorium and screamed at her. I spoke to Ms. Moran, and she was most upset about having been treated this way. I asked music teacher Robyn Launt if she knew anything about this incident. Ms. Launt confirmed that Ms. Rausa had in fact screamed at Ms. Moran. Apparently, Ms. Rausa was angry that microphones were not available for that particular rehearsal. According to Ms. Launt, Ms. Rausa had not previously requested the microphones and they were not even necessary for that rehearsal. Also

according to Ms. Launt, Ms. Rausa's screaming at Ms. Moran was overheard by students. This was wholly inappropriate and unprofessional and set a bad example for students. The notes of Ms. Moran's report are attached as **Exhibit A**, and my investigation is attached as **Exhibit B**.

13. I was aware of any number of complaints about Ms. Rausa from her colleagues. These complaints were from men and women. In fact, her fellow female music teachers, Ms. Launt and Kristen Kopf, easily complained as much or more than her male colleagues. Without attempting to detail each complaint or report, her fellow teachers complained about Ms. Rausa doing one thing or another to intentionally aggravate or undermine a colleague, or trying to have her own way despite the will of the rest of the department, or disregarding the rules that applied to everyone else.

14. Even in my limited time at Roxboro Road, I could see that supervising Ms. Rausa required an inordinate amount of administrative time. There was a swirl of conflict and controversy, and Ms. Rausa was at its center. This was the sense I had from my removed view as Superintendent, and I was now seeing it up close.

15. Ms. Rausa tended to have a select few favorite students. These were students involved in her Drama Club, and Ms. Rausa developed close relationships with them and, in some instances, their parents. A few of these parents who were close to Ms. Rausa took up her causes, including her dislike for Mr. Wolf.

16. I recall one of these incidents in particular. As everyone was leaving the opening performance of Ms. Rausa's Spring 2009 Drama Club performance ("Little Stars"), Francine Dober and Dan Basset (a husband and wife) appeared in the front office. Mr. Wolf and I were there, and they began screaming at Mr. Wolf about the

quality of the sound. They parroted Ms. Rausa's complaint that she should be allowed to run the sound board. Ms. Dober and Mr. Basset were unreasonable, intimidating, and threatening. Mr. Wolf remained professional, but he was clearly shaken. I felt that Mr. Wolf had been treated unfairly by these parents, and it concerned me that Ms. Rausa was stirring up this kind of hostility. I made notes of this event at the time. My notes are attached as **Exhibit C**.

17. In the spring of 2009, I was preparing to observe Ms. Rausa. As was my practice for observing a teacher, I asked Ms Rausa to submit her lesson plan book to me. She promised it to me on a few occasions, but she never produced it. Eventually, in early May 2009, I completed my observation of Ms. Rausa without ever having seen her lesson plan book. I attached a note to my observation of her, instructing her to deliver the lesson plans to Mr. Wolf in connection with her Year End Summary (YES). Attached as **Exhibit D** is a copy of my note to Ms. Rausa.

18. Ms. Rausa was suspended at the beginning of the school year in 2009 until on or about October 20, 2009. Literally upon her return, Ms. Rausa created a host of administrative problems.

19. Ms. Rausa's 7th grade chorus had been directed in her absence by a substitute, Christopher Ganey, and music teacher Robyn Launt. On her first day back (and without consulting with anyone in administration), Ms. Rausa sent home a permission slip to join the 7th grade chorus. The permission slip also changed the times the chorus would practice (again, without permission from administration).

20. When I heard about this, I went to Ms. Rausa and asked her if she had changed anything about the chorus. Ms. Rausa told me that she had not. Ms. Rausa said she had only "talked" about getting more students to join.

21. I quickly learned that Ms. Rausa had lied to me. I discovered this because I went in search of one of the flyers Ms. Launt had described, and I found one. Sure enough, it was a permission slip from Ms. Rausa inviting students to "sign up" for a chorus they were already in, and the permission slip changed the rehearsal times. Ms. Rausa did not have permission from administration to do any of this, and it required Dr. Morton and me to straighten the situation back out.

22. Also in the first few days of her return, a parent complained that Ms. Rausa was showing students Michael Jackson's Thriller video. Dr. Morton and I met with Ms. Rausa to discuss the parental complaint, as well as the permission slip incident.

23. I emailed fellow administrators about these issues. A copy of my email is attached as **Exhibit E**.

24. Ms. Rausa was placed on Intensive Support as of her return from suspension in October 2009. Intensive Support is a process designed to correct a teacher's deficiency in one or more areas. Ms. Rausa's Intensive Support concerned her lesson plan book, grade book, and her personal interactions and communications. The Assistant Superintendent for Instruction, then Stanley Finkle, asked me to be responsible for her Intensive Support.

25. During the 2009-2010 school year, I would stop by Ms. Rausa's classroom frequently. Based on my observations, Ms. Rausa was popular with students, in part

because discipline was lax in her classroom. Her classroom was messy and disorganized and, at least prior to Intensive Support, she lacked focus on curriculum or "big picture" instructional goals.

26. At the beginning of Intensive Support, Ms. Rausa's lesson plans were atrocious. Ms. Rausa's "plan" for the day would consist of a single sentence, "Talk about [some topic]", or "Sing songs", or "Listen to [some musical piece]". There was nothing a substitute could follow to provide a meaningful educational experience, and the "plan" had no educational tie-in to curriculum. Ms. Rausa seemed to have limited understanding of planning the classroom experience in terms of district and state curriculum goals and educational outcomes.

27. After a number of weeks, I was able to guide Ms. Rausa as to how to incorporate curriculum into her plans and how to write a more complete lesson plan. I was never overly impressed with Ms. Rausa's progress on Intensive Support, but she did the minimum necessary. Consequently, I concurred that she had satisfied Intensive Support and, by the time I left Roxboro Road, she was no longer on Intensive Support.

28. I have no reason to believe that Ms. Rausa was treated unfairly for any reason. I find Ms. Rausa's allegations that Mr. Wolf disfavored her because she is female totally unfounded. I was involved in several of the incidents about which Ms. Rausa complains in this lawsuit, and I have no reason to question any of Mr. Wolf's decisions or actions concerning Ms. Rausa.

29. When I was Superintendent, I knew that Ms. Rausa was a difficult person and an administrative challenge. I witnessed and experienced this myself during my time as interim Assistant Principal at Roxboro Road. I am confident that any

admonishment of Ms. Rausa was for legitimate reasons and as a result of Ms. Rausa's actions and behavior.

/s/ Kathleen B. Gramet
KATHLEEN B. GRAMET

Sworn to before me this 28th
day of March, 2013.

/s/ Lauren Sheeley
Notary Public

South Carolina
My Commission Expires July 10, 2019

# Exhibit A

To: Finkle, Stanley[SFinkle@nscsd.org]
From: Speach, Annette
Sent: Wed 1/20/2010 5:04:37 PM
Importance: Normal
Subject: FW: Incident of January 19, 2010
Incident 1-19-10.doc

FYI

---

**From:** Moran, Tamara
**Sent:** Wednesday, January 20, 2010 11:54 AM
**To:** Wolf, Steven
**Cc:** Speach, Annette; See, Kathy
**Subject:** Incident of January 19, 2010

Steve -

I would like to bring an incident from yesterday afternoon to your attention. I have attached details of the incident.

I would also like to note that this is not the first time this staff member has called me on the phone and yelled very loudly.

I would appreciate any help you can give in preventing this from happening again. These phone calls are becoming increasingly upsetting to me, and interfere with my work.

Any direction you can give me on how you'd like me to handle any future calls of this type would be appreciated. If this had been a parent calling, I would have read the civility statement and hung up the phone. I am not sure if this would apply when it is a co-worker. Please advise?

Thank you very much for your assistance.

**1-19-10**

At 3:46 pm I received a call from Danielle Rausa from the Auditorium. She was yelling very loudly in regards to the sound system, such as: "you need to get someone down here right now for the sound system." "How am I supposed to have a rehearsal without a sound system".

I said I would try to find Steve Wolf and let him know. Danielle then slammed the receiver very loudly in my ear.

I found Steve Wolf and let him know there was a problem with the sound system for the Chorus rehearsal in the auditorium. He stated he thought it was handled by Robin Launt who had arranged for Steve Hurn to come in to do the sound.

I called the auditorium back, Danielle answered, and I relayed the above information. She again started yelling very loudly, "Steve Hurn is coming next week, we need mics right now", etc. Danielle again slammed the receiver very loudly in my ear.

I returned to Steve Wolf to let him know they needed assistance with the mics right now, and he headed to the auditorium.

**1-20-10**

At 9:40 a.m., Robin Launt stopped by at my desk and apologized for Danielle having screamed at me and slamming the receiver on me yesterday. Robin stated that when Danielle had been screaming loudly at me both times and slamming the phone, it was right in front of all the students. She stated she was present and heard both conversations on Danielle's end.

# Exhibit B

To: Stan Finkle, Assistant Superintendent for Instruction

From: Kathleen B. Gramet, Interim Associate Principal

Date: January 22, 2010

Re: Danielle Rausa

In regards to Danielle's telephone outbursts to Mrs. Moran on Wednesdays, January 20:

- according to Robyn Launt, the grade 5 chorus director who was present, the equipment for rehearsal had been pre arranged and set up with Joe Clayton who supervises the technical aspects of the auditorium.
- Robyn stated that she and Danielle had agreed that microphones were not going to be used in this rehearsal since it was the first time both chorus groups were going to be on the risers together. They just wanted to get them on the risers and singing together.
- Robyn stated that both times Danielle called the office and screamed at Mrs. Moran that someone better get down there and set up the microphones, children could hear her as the phone is just off the stage.
- Robyn again reiterated that microphones were not necessary for this rehearsal.

In regards to the rehearsal on Thursday, January 21:

- this was the first rehearsal with Steve Hern (the person contracted with for sound), Robyn reported that throughout the rehearsal, Danielle was screaming at him, saying that he wasn't doing things fast enough.

# Exhibit C

To: Jerome F. Melvin, Superintendent of Schools

From: Kathleen B. Gramet, Interim Associate Principal, RRMS

Date: May 11, 2009

Re: Parent Altercation with Steve Wolf on April 6, 2009

The play "Little Stars" was performed at Roxboro Road Middle School on April 6 & 7, 2009.

Following the April 6th performance, Steve and I walked down to our offices to gather our coats and briefcases. Nearly all of the parents and students had left the building and we planned to do a final sweep before exiting.

While clearing my desk, I heard a knock on the hallway entrance to the main office located across from my office. I opened the door and was greeted by a man and a woman demanding to know if Mr. Wolf was inside. I said that he was in his office and directed them to him.

Once the couple who I now know was Ms. Francine Dober and Mr. Dan Bassett got to Steve's office they began berating him regarding the auditorium sound system and the people running it. The tone of voice used by both Ms. Dober and Mr. Bassett was loud, argumentative and threatening.

Ms. Dober and Mr. Bassett demanded that Mr. Wolf tell them why Danielle Rausa was not allowed to run the sound board. They were very clear that they wanted answers now. The altercation lasted approximately four minutes.

During the entire tirade Steve just listened. When Ms. Dober and Mr. Bassett said that if they didn't get answers they were taking this to the superintendent, Steve responded that it was their prerogative to go to the superintendent.

Ms. Dober and Mr. Bassett then said that this was not the end and stalked out of the office.

Steve was visibly shaken by this altercation.

# Exhibit D

2nd obs

05.08.09

Danielle,

Attached is your observation. Please return the original to Steve Wolf along with your plan book & grade book as I didn't get to see them.

Thank you,

Kathy

# Exhibit E

**To:** Wolf, Steven[SWolf@nscsd.org]; Morton, Dave[DMorton@nscsd.org]; Speach, Annette[ASpeach@nscsd.org]
**Cc:** Finkle, Stanley[SFinkle@nscsd.org]
**From:** Gramet, Kathleen
**Sent:** Sat 10/24/2009 2:00:42 AM
**Importance:** Normal
**Subject:** RE: 6/7 Chorus

When I met with Danielle the morning she returned to work, she asked about chorus and asked if she could have this week to get going with her classes, cancel chorus and start again on 10/27. I agreed to that.

Dave and I met with Danielle on Wednesday morning 10/20/09. We discussed chorus, the fact that Chris Ganey had started it and ordered the music for it. Danielle was questioning why it was changed from just grade 7 to grades 6/7 and rehearsal twice a week. She questioned how the 50 hours maximum for pay would play out when rehearsing twice a week.

Dave and I clarified first that she wanted to continue as chorus teacher. She said yes she did. Secondly, as far as the 50 hours maximum pay I said I would count how many rehearsals it would be to expend all of the monies and meet with Dave to decide what would be the best course of action.

Once we heard about the flier from Robyn, I went in search of one. I couldn't find one so spoke to Danielle and said "you didn't change anything about chorus did you - Dave and I haven't met yet to determine if any changes need to be made. She said she simply talked to some classes about joining because Chris only had 38 or 40 kids. I told Danielle Dave and I were meeting Monday and we'd let her know the result.

In the meantime, I found a flyer and it does indeed say that chorus will be meeting once a week on Tuesdays from 2:45 until 4:15. The 2:45 start is an issue too since Danielle has a 9th period study hall that she needs to dismiss. I don't know anything about her not doing the music that Chris worked with.

Also today, I had a parent complaint about Danielle showing the Thriller video to students due to violence in it. I asked her not to show it until she hears from me so we can look into the appropriateness and rating of it.

Thus... Dr. Dave you and I have some meeting to do

---

**From:** Wolf, Steven
**Sent:** Fri 10/23/2009 12:19 PM
**To:** Morton, Dave; Gramet, Kathleen; Speach, Annette
**Subject:** 6/7 Chorus

A couple of questions regarding some of the details in this email:

1. How did the days get changed from one to two?
2. Was she told she could start the chorus over on October 27? When did she agree to do it? At one point I thought this was still undecided.
3. Is doing Michael Jackson music appropriate? What MJ music?

4. Do kids now have to reapply for chorus who have already been an active member since September 22?

Suggestions?

---

**From:** Launt, Robyn
**Sent:** Friday, October 23, 2009 10:11 AM
**To:** Wolf, Steven
**Subject:**

Hi Steve,

Happy Friday. One of my 6th graders just gave me a permission slip to join the Roxboro Road 6th and 7th grade chorus. This is very interesting because he is already in chorus. So taking a closer look at the permission slip, its from Danielle. This permission slip says 6th and 7th grade chorus will begin on October 27th. Again, very strange because Chris Ganey and I have been holding 6th and 7th grade chorus since September 22nd. And she has changed her rehearsals to one day a week. I was told by Dr. Morton that chorus would be two days a week.

I was speaking with one of my chorus members and they were told they will not be doing the music Chris and I have been working on. They are very excited to be singing Michael Jackson instead.

When I gave Danielle the music and roster from the 6/7 chorus I have been doing, she said no offence to you but this isn't my chorus. I was never given the chance to order any music and have any input. This is false as I asked her what music she wanted to purchase and she came back at me with a nasty retort.

If she is starting chorus again and completely disregarding the work Chris and I have put into for over a month, I will be very upset. Chris took on this chorus as a request from you and Dr. Morton. I gave up my free afternoons to help him get this chorus started so a month wouldn't be wasted. In my opinion, her complete disregard for this work is unprofessional and upsetting. Why did I stay? Why did Chis work with these kids? Why did you spend money on music that Danielle has no intention of using?

I have had a great first 6 weeks here. My classes are going well. I am enjoying chorus. It has been wonderful to have a fellow music teacher in this building who I can work with as well as Chris and I did. It breaks my heart that Danielle has been here three days and already she is back to being miserable and rocking the boat.

Sorry. Enjoy your weekend,
Robyn