UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DANIELLE RAUSA,

Plaintiff,

v.

THE BOARD OF EDUCATION OF THE NORTH SYRACUSE CENTRAL SCHOOL DISTRICT, AND STEVEN WOLF,

Defendants.

**AFFIDAVIT**

Civil Action No. 5:11-CV-1152 (TJM/ATB)

---

STATE OF NEW YORK )
) ss.:
COUNTY OF ONONDAGA)

**KRISTEN KOPF,** being duly sworn, deposes and states:

1. I am a tenured music teacher employed by the North Syracuse Central School District (the "District"). I am female.

2. Currently, I am assigned to the District's Roxboro Road Middle School ("Roxboro School"). I have worked as a music teacher in the Roxboro School for approximately 15 years.

3. I have worked in Roxboro School music department with Danielle Rausa for approximately 10 years, and I was a tenured teacher in the Roxboro Road Music Department for the entire time of Steven Wolf's employment as Principal of Roxboro School.

4. As a music teacher in the Roxboro School, I work with Ms. Rausa and the other music teachers in our School on a daily basis.

5. I understand that Ms. Rausa alleges in this lawsuit to have been subjected to a hostile working environment because she is a woman. I do not believe this true.

6. In the Spring of 2008, it was announced that Ms. Rausa would be reassigned from an instrumental band position to a vocal/classroom position. The District has the right to move music teachers among music positions within a school building, and this happens from time to time. Although Ms. Rausa sings professionally, she was very upset and vocal about this reassignment.

7. I found Ms. Rausa to be an extremely difficult colleague to work with at this point in time. I found her communications to be hostile and aggressive. She said that she blamed Mr. Wallace and Mr. Bossert for her reassignment, and she displayed her anger in her words and actions toward them. Ms. Rausa told me on several occasions that she has a list of people who she intended to "go after" and get fired, including Mr. Wallace, Mr. Bossert, Principal Steve Wolf, and Director of Human Resources Annette Speach. On a few occasions, I felt threatened by Ms. Rausa because she made clear that she would go after anyone who would cross her; as evidenced by video-taping colleagues, needling and baiting staff, and ultimately fostering an unhealthy relationship.

8. The rest of us in the Music Department at Roxboro worked cooperatively together. Ms. Rausa made life within the Music Department virtually unbearable. Ms. Rausa's anger toward and dislike for Mr. Wallace and Mr. Bossert was palpable, and it caused a breakdown in the communication within the Department.

9. In the fall of 2008, this situation became so tense for me that I contemplated filing a harassment complaint with the District against Ms. Rausa.

Ms. Rausa had angrily confronted me, demanding to know if I had anything to do with her receiving a counseling memo. (At the time, I did not even know what she was talking about.) Her behavior was so volatile that I did not believe she was fit to teach.

10. In October 2008, I went to Stan Finkle and told him how uncomfortable I was working with Ms. Rausa and how worried I was for the students. I said that I was thinking about filing a hostile environment complaint against her. I never followed through with the harassment complaint, mostly out of concern that the complaint would only make a bad situation worse.

11. In addition to my concerns about her behavior as a colleague, I had concerns during this period of time about her interactions with students. My primary concern was that Ms. Rausa gave students free reign and did not supervise them which afforded them the opportunity to disrespect staff and facility.

12. On many occasions, I went into the School's auditorium to find a handful of students unsupervised. They were not engaged in any purposeful activity and were running and "goofing" around. I would ask these students what they were doing, and they would tell me that they had passes from Ms. Rausa to be in the auditorium. (At the time, Ms. Rausa would give out permanent passes to students, and they would use these to go to her room or the auditorium throughout the day.) As there was no adult supervision, I usually responded by telling the students to leave and go back to wherever they were supposed to be (a class, study hall, lunch room, etc.). Ms. Rausa lacked authority and didn't follow rules. I was concerned that these students might get injured, or damage the auditorium and/or equipment .

13. Ms. Rausa's Drama Club rehearsals were chaotic. Students would run in and out of the auditorium, and they were unsupervised in the hallways. I often stayed after school. On Drama Club rehearsal days I felt it was necessary to stay to protect my room from unsupervised roaming Drama Club students, as my room was next to the auditorium where they practiced.

14. I shared my frustrations and concerns about Ms. Rausa's lack of student supervision to Mr. Wolf and others within the administration, as well as the NSEA leadership.

15. Ms. Rausa despised Mr. Wolf, and she made no secret of this. On occasion while I was in my classroom, Ms. Rausa would be in there with students when Principal Steven Wolf came over the loud speaker to do announcements. I witnessed Ms. Rausa roll her eyes in the direction of his voice coming from the loud speaker, mock his statements, or make some comment to suggest that he was incompetent (such as "oh yeah, like he'd know anything about that"). This occurred in front of students. I was in utter disgust that a teacher would disrespect a principal (or anyone) in front of students. I told Mr. Wolf about this.

16. In February 2009, several of us in the Music Department requested a meeting with the Union and District administrators to discuss our concerns about Ms. Rausa. I am aware that notes of this meeting were made, although I am not certain who made the notes. I have reviewed the notes (attached as Exhibit A to this Affidavit). The notes accurately reflect the concerns that we raised as a group.

17. It is my understanding that Ms. Rausa contends that she was subjected to a hostile environment because she is a woman. I have no reason to believe this is true.

As noted above, in my opinion, it was Ms. Rausa who was making the work environment difficult.

18. It is my understanding that Ms. Rausa believes that Mr. Wolf treated her less favorably because she is female. I have no reason to believe that this is true. I also was a female member of the Music Department during Mr. Wolf's term of employment, and I do not believe that Mr. Wolf acted in gender discriminatory ways.

/s/ Kristen Kopf
KRISTEN KOPF

Sworn to before me this 4th
day of February, 2013..

/s/ Kim C. Vandemark
Notary Public

KIM C. VANDEMARK
Notary Public State of New York
Qualified in Onondaga Co. No. 01VA6210038
My Commission Expires August 10, 2013

# Exhibit A

Meeting requested by Music Department. – February 11, 2009

Present: Mark Bossert, Pat Wallace, Sylvia Matousek, Steve Wolf, Kristen Kopf, Sue Berti, Stan Finkle

Concerns:

Danielle Rausa

1. She is going to parents to ban together against Steve Wolf. Robin Cicciarelli and Tammy Collins involved to write notes and letters. Meet with parents during and after school.
2. Makes comments regarding Steve about Steve's competence to students during announcements. Kristen has witnessed.
3. Robin believes she owns building. Seven staff involved in class action suit against Steve Wolf.
4. Interrupts class on regular basis. "I am afraid of her."
5. Comments to children that Pat is taking Danielle's job.
6. End of last year, Danielle got [redacted] on my back regarding Award Ceremony.
7. Cell phone (not teaching) is constantly in use. Leaves early.
8. Does her band business during school time.
9. Liverpool PAC committee done in school. Leaves to go out to lunch.
10. Threatens that Mark is trying to get her.
11. * Parents being drawn in to this. J[redacted] M[redacted]
12. [redacted] asked to use drum set – I said no. Mother misinformed regarding drum set.
13. Rausa never contacted us. Parent knows about keys stated, "Do your job. If the concert goes wrong, it is not your fault."
14. [redacted] told that the sound system not available.
15. Mikes damaged due to lack of supervision. $800 mike broken – Brand new.
16. Told not being able to use equipment. Tech crew is trained. Email Joe to set up equipment if given several days notice.
17. Gary Lipp arranged Monday's rehearsal. She mixed up mics purposely – looks like Joe is incompetent.
18. Creates hostile environment. Interrupts class to warm up food. Hung over and overdoses on pain pills.
19. Takes handful of pills in front of class. Supervision is poor during rehearsals.
20. Doesn't attend Department meetings.
21. No schedule shared.

REDACTED