UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DANIELLE RAUSA,

Plaintiff,

v.

THE BOARD OF EDUCATION OF THE NORTH SYRACUSE CENTRAL SCHOOL DISTRICT, AND STEVEN WOLF,

Defendants.

**AFFIDAVIT**

Civil Action No. 5:11-CV-1152 (TJM/ATB)

---

STATE OF NEW YORK )
) ss.:
COUNTY OF ONONDAGA)

**ROBYN LAUNT,** being duly sworn, deposes and states:

1. I was formerly employed as a music teacher at Roxboro Road Middle School ("Roxboro Road"), a building within the North Syracuse Central School District (the "District").

2. I was hired by the District in December 2005. I was assigned to Roxboro Road, and I worked at Roxboro Road for the entire length of my employment with the District.

3. I received tenure in December 2008. At that time, Steve Wolf was the Principal of Roxboro Road, as he had become the Principal in January 2008.

4. I continued to work as a music teacher at Roxboro Road through June 2010. In June 2010, the District laid off teachers due to budget cuts. I was laid off because I was one of the least senior music teachers in the District at that time.

5. I was rehired by the District in September 2011. This was a half-year position only. I was hired to teach students string instrumental music lessons, and I split my time between Lakeshore Elementary, Smith Elementary, and Allen Road Elementary buildings.

6. In the time since my employment with the District ended, I decided to pursue a career in nursing. I recently graduated from Crouse Hospital's School of Nursing and have begun working as Registered Nurse.

7. To sum up the above, I worked continuously as a music teacher at Roxboro Road from December 2005 through June 2010. Danielle Rausa was also a member of the music department at Roxboro Road for the length of my employment at Roxboro Road. Mr. Wolf was the Principal of Roxboro Road during my employment from January 2008 through the time I was laid off in June 2010.

8. I have been informed that Ms. Rausa is claiming to have been treated unfairly by Mr. Wolf because she is female. I worked with Ms. Rausa and Mr. Wolf, and I was also a female music teacher. I have no reason to believe that Mr. Wolf treated Ms. Rausa unfairly and certainly not because she is female. In my experience, Mr. Wolf was consistently a caring, supportive and respectful administrator. In contrast, based on my interactions with Ms. Rausa and my observations of the way she treated others, I believe that Ms. Rausa created her own workplace difficulties.

9. I feel so strongly about my high regard for Mr. Wolf that I have asked that the first part of my statement express this sentiment. Mr. Wolf was consistently supportive of me and my development as a teacher. He asked for my input and listened to my ideas. If I needed anything, from material supplies to administrative support for a

program, Mr. Wolf readily and happily helped me. Mr. Wolf complimented me and my teaching, and he made me feel good about the impact I was having on students. Mr. Wolf even made my layoff easier for me to accept. Mr. Wolf had tears in his eyes when he told me that the cuts would reach my position on the seniority list. He told me that it was not a fair system and that, if cuts could be made based on teaching quality, I would not have been laid off. Mr. Wolf's genuine regret over my layoff was meaningful to me.

10. I did not work closely with Ms. Rausa during the first few years of my employment. I taught classroom music and chorus during the entire length of my employment at Roxboro Road. Ms. Rausa was assigned to an instrumental band position until the fall of 2008. Therefore, in the first few years, our positions did not overlap as closely as they would as of the fall of 2008, which is the time that Ms. Rausa was assigned to classroom music and chorus.

11. Even in those early years, I had some concerns about Ms. Rausa as a teacher. At the time, Ms. Rausa was assigned to teach instrumental lessons to students. There were many times that her schedule required her to be was teaching lessons, but I knew she was not in the building (or, at least, not teaching lessons). She would run out to do errands or get coffee. This was not allowed. I also noticed a pattern in that students would come for lessons and hang out in Ms. Rausa's room, but Ms. Rausa would not be there instructing them. At the time, I did not report this to administrators. Other than angering me that kids were not getting instruction they were entitled to, this did not impact my work, and I was trying to stay on Ms. Rausa's good side.

12. As of the 2008-2009 school year, Ms. Rausa and I worked more closely together. I tried hard to work cooperatively with Ms. Rausa, and we were quite friendly for most of the time we worked together.

13. It is my understanding that Ms. Rausa claims that certain male teachers were uncooperative with or hostile to her. I am informed that Ms. Rausa's allegations concern music teacher Mark Bossert, music teacher Patrick Wallace, and technology teacher Joseph Clayton. I found all of these men to be collegial, polite, and willing to collaborate with me.

14. Based on my observations, Ms. Rausa created her own difficulties with these and other colleagues. For instance:

a. There was only one auditorium, and we all had to share it. It was sometimes difficult to schedule the auditorium around everyone's needs. However, the rest of us in the music department approached this collaboratively. If I had a scheduling conflict with Mr. Bossert, for example, I went to him, and we would work out a solution that satisfied both of us. However, Ms. Rausa approached scheduling with a sense of entitlement; she did not ask or suggest, she demanded, and she was not willing to compromise.

b. Ms. Rausa also behaved toward colleagues in an undermining and even mean way at times.

c. For example, Ms. Rausa would demean Mr. Bossert in front of students. There were times when we would go into the auditorium for a Drama Club rehearsal immediately following a band rehearsal. If Ms. Rausa did not approve of the way Mr. Bossert had cleared the chairs or music stands, she

muttered about him in front of the students. I am aware that Ms. Rausa accused Mr. Bossert of damaging her props. I assisted Ms. Rausa in one way or another with her Drama productions, and I have no reason to believe that Ms. Rausa's accusations about Mr. Bossert are true.

d. Mr. Clayton helped with lights and sound for the Drama Club production. Mr. Clayton also helped with lights and sound for my performances. I found him to be very committed and willing to help me. Mr. Clayton was also very involved in Drama Club productions and tried to please Ms. Rausa. However, she did not make this easy for him. She did not give him clear directions and then was irate if things were not to her liking. For one production, Ms. Rausa did not even give him a script to follow; I had to give him the script She would yell into the air a criticism meant for Mr. Clayton but not by name, such as, "Well, if SOMEONE knew what they were doing . . . . " At other times, Ms. Rausa directly yelled at or criticized him. This was almost always in front of the students. Mr. Clayton endured the abuse, but he did not deserve it.

e. Ms. Rausa blamed Mr. Wallace for her transfer to classroom music, and she told me this. I was in attendance at the February 2008 meeting where Ms. Rausa stood up and yelled. Ms. Rausa was upset with Mr. Wallace for some reason I no longer recall. Vice Principal Ellen Hardy was running the meeting. At one point, Ms. Rausa stood up and was fully screaming. Ms. Rausa's behavior was well over the top. I was present for the entire meeting. Mr. Wallace did not behave unprofessionally even when Ms. Rausa was screaming.

f. I was present for a rehearsal where Ms. Rausa screamed over the phone at one of the office secretaries, Tammi Moran. This was completely uncalled for, and Ms. Rausa did this in front of the students.

15. There are many more examples of ways in which Ms. Rausa was unprofessional, and even mean, to Mr. Bossert, Mr. Clayton, Mr. Wallace, and others. The point I wish to make here is that Ms. Rausa is probably correct that, at some point, some people did not want to work with her. However, this is not because she was female. I did not experience these problems. I believe Ms. Rausa had trouble working with people because she was so difficult to work with.

16. There were times when I personally had trouble working with Ms. Rausa. For instance:

a. Ms. Rausa told me that she was being suspended as of the September 2009 school year. Knowing that she would be back later in the semester, I reached out to her over the summer and asked what music she wanted ordered for her chorus. She refused to tell me and said, "I'll order my own damn music, and there better be money when I get back!" A substitute, Chris Ganey, was hired for her, and I volunteered to help Mr. Ganey with chorus rehearsals in Ms. Rausa's absence. I picked out pieces for Mr. Ganey that were educationally appropriate with properly arranged voice parts, and we worked on these songs with the students for about five (5) weeks. When Ms. Rausa returned, the first thing she did was to send out a permission slip for students to sign up for the very same chorus Mr. Ganey and I had been running. This was an insult to me and to Mr. Ganey, as it implied to students and their parents that,

somehow, our chorus wasn't real or didn't count for anything. I reported the permission form incident to building administration (see **Exhibit A**).

b. At this same time, Ms. Rausa decided that she would not perform any of the music that Mr. Ganey and I had been working on with the students. Instead, Ms. Rausa decided that the students would sing along to recorded Michael Jackson songs. Ms. Rausa had the students perform these songs in the same concert where I performed with my 5th grade chorus. Ms. Rausa's soloists were out of tune, and the performance was generally terrible, from a music education standpoint. I was embarrassed for her students.

c. For a short time, I kept track of my complaints about Ms. Rausa. No one asked me to do this. I did this because I was upset with Ms. Rausa's behavior, and I was distrustful of her. I was worried that Ms. Rausa would say that I said something or approved of something when I did not. I eventually gave my log to building administration. It is attached as **Exhibit B**. In that log, I recorded, among other things, Ms. Rausa putting down Mr. Ganey, being disrespectful to Vice Principal Linda Jackson in front of students, and providing sound consultant Steve Hurn with false information.

d. I made other complaints to administration about Ms. Rausa. Most of these were verbal conversations.

e. Concerning my layoff in June 2010, Mr. Wolf asked the teachers to not discuss the layoffs with students, as they would be upset and would not understand. I was honoring this and not saying anything to students. One day, a student approached me and said that he heard I was being "fired". I said that I

wasn't being fired, and he responded, "That's what Ms. Rausa said". (See **Exhibit C**).

17. There was a point in time when access to the sound system was through Mr. Clayton and the Tech Club. Ms. Rausa was upset about this. However, in previous years, Ms. Rausa had allowed untrained Drama Club students to have unsupervised access to the sound system. I am personally aware that her Drama Club students would push and turn buttons randomly and mess up the sound system when other members of the music department needed it to be available and set up correctly.

18. Ms. Rausa expressed negative views of many people, but she engaged in extremely negative rhetoric about Mr. Wolf in particular. I listened to her, but I did not allow her to affect me. Most of these conversations could not be overheard by students. However, I recall one incident where Ms. Rausa said that Mr. Wolf stole her plan book. This occurred in Ms. Rausa's classroom, and Ms. Rausa made this statement in front of students.

19. I am told that Ms. Rausa claims that music decisions were made without her. I did not experience this problem. If Ms. Rausa felt left out, it was at least in part because she often did not attend music department meetings. The rest of us would discuss and an issue and come to a decision. Then, Ms. Rausa would get mad and complain that she had not been consulted.

20. I understand that Ms. Rausa denies being behind the rumor about the new drum set. However, she told not only told me this information herself, but she also got me very worked up over it. Ms. Rausa came to me, telling me that the "boys" had purchased a brand new drum set with student raised funds. Ms. Rausa said that I

should be upset that I wasn't consulted since I was a percussionist, and she encouraged me to make an issue of it. Almost immediately, I confronted Mr. Bossert about it. I was embarrassed to learn that my information from Ms. Rausa had been wrong. There was no newly purchased drum set; there was only a hand-me-down, rather beat-up set from one of the other schools.

21. I was not directly involved in the incident where a male Drama Club student touched female students during the rehearsals for Little Stars (Spring 2009). However, I was at many of the rehearsals for that particular musical production. I cannot comment on what did or did not occur in terms of the male student during those rehearsals. I can comment on what I thought was a lack of discipline and organization within the Drama Club. Ms. Rausa's Drama Club rehearsals were chaotic. Students would be all over and in and out of the auditorium and the hallways. If a student was able to misbehave during Drama Club, I am not surprised.

22. For the Little Stars Drama Club production, I was in charge of the chorus. I worked with the chorus in a separate room, and I brought the chorus into the auditorium only when it was our time to sing. In the auditorium, I kept my students on the risers, and I stood in front of the risers so that I could observe them.

23. I am informed that Ms. Rausa complains that she was not invited to participate in a Holiday Pops Concert in December 2009. This was an informal event. It was not a concert where parents attended; it was only a sing-along for students in advance of the holiday break. My 5th grade chorus participated. For classroom music, I taught 6th graders, and I had talked with them during class about the sing-along. I had them sing several of the songs in anticipation of the event. They were excited about it. I

asked Ms. Rausa to have her 6th/7th grade chorus participate in this event, and I recorded the conversation in my log (**Exhibit B**). Ms. Rausa said that she was angry that Mr. Clayton was involved in organizing the event and that she had not been notified about the event earlier. Several 6th graders came to me saying that Ms. Rausa said that they were not invited to be in the sing-along. The students were upset. This was a simple sing-along, and the kids wanted to do it. That Ms. Rausa would stand in the way to make a personal point was, in my view, immature and selfish. Unfortunately, because Ms. Rausa made this about her, my students who had been preparing and excited about leading the sing-along, were not able to.

24. In conclusion, I have no reason to believe that Ms. Rausa was harassed by anyone. I cannot disagree more strongly with Ms. Rausa's accusation that Mr. Wolf was unfair to women. This was not my experience at all. In my experience, Ms. Rausa was a difficult colleague, and she created her own difficulties.

/s/ Robyn Launt
ROBYN LAUNT

Sworn to before me this 8th
day of March, 2013.

/s/ Timothy D. Gural
Notary Public

TIMOTHY D. GURAL
Notary Public State of New York
Qualified in Onondaga Co. No. 4984147
My Commission Expires July 5, 2014

# Exhibit A

To: Wolf, Steven[SWolf@nsosd.org]
From: Launt, Robyn
Sent: Fri 10/23/2009 2:11:02 PM
Importance: Normal

Hi Steve,

Happy Friday. One of my 6th graders just gave me a permission slip to join the Roxboro Road 6th and 7th grade chorus. This is very interesting because he is already in chorus. So taking a closer look at the permission slip, its from Danielle. This permission slip says 6th and 7th grade chorus will begin on October 27th. Again, very strange because Chris Ganey and I have been holding 6th and 7th grade chorus since September 22nd. And she has changed her rehearsals to one day a week. I was told by Dr. Morton that chorus would be two days a week.

I was speaking with one of my chorus members and they were told they will not be doing the music Chris and I have been working on. They are very excited to be singing Michael Jackson instead.

When I gave Danielle the music and roster from the 6/7 chorus I have been doing, she said no offence to you but this isn't my chorus. I was never given the chance to order any music and have any input. This is false as I asked her what music she wanted to purchase and she came back at me with a nasty retort.

If she is starting chorus again and completely disregarding the work Chris and I have put into for over a month, I will be very upset. Chris took on this chorus as a request from you and Dr. Morton. I gave up my free afternoons to help him get this chorus started so a month wouldn't be wasted. In my opinion, her complete disregard for this work is unprofessional and upsetting. Why did I stay? Why did Chis work with these kids? Why did you spend money on music that Danielle has no intention of using?

I have had a great first 6 weeks here. My classes are going well. I am enjoying chorus. It has been wonderful to have a fellow music teacher in this building who I can work with as well as Chris and I did. It breaks my heart that Danielle has been here three days and already she is back to being miserable and rocking the boat.

Sorry. Enjoy your weekend,
Robyn

# Exhibit B

FROM: ROBYN LAUNT

| Date | Time | Incident |
| --- | --- | --- |
| 20-Oct | 7:45 | I went to say welcome back to Danielle and she was already talking badly about Chris. |
| | | She did not see a plan book or lessons. |
| | | She was saying Chris must not have done anything for the last 6 weeks. |
| | | In reality, Chris was told to hand in his lessons to the office. |
| 20-Oct | 7:45 | Speaking about chorus. I filled Danielle in on what we had been doing in chorus. |
| | | She said "No offence, but this isn't my chorus." She went on to tell me that she was never given the opportunity |
| | | to speak to an administrator about chorus. |
| | | She didn't like that Chris was working with the chorus. She didn't want to see any of the music we had worked on. |
| | | She was complaining that she was never given the chance to order music. This is all false. |
| | | She was told that Chris and I would be doing chorus in her absence. Mr. Wolf had me contact Danielle about what |
| | | music she wanted ordered. |
| | | Danielle's responce to me was that "I will order my own damn music when I get back. And there better still be money left." |
| 23-Oct | 11:30 | I received a permission slip from a 6th grader to join chorus. This was funny because he was already in chorus. |
| | | After reading the permission slip I was very upset. "6/7 chorus will begin on October 27th" |
| | | Well, Chris and I have been holding rehearsals for the last 5 weeks in her absence. |
| | | So for her to redistribute permission slips saying that it will begin when in fact we have already been hving rehearsal was unprofessional. |
| | | Apparently I have just been wasting my time. |
| 26-Oct | 7:30 | Danielle called me this morning to tell me about two meetings she had with administrators yesterday. |
| | | One at the school and one with Mr. Finkle. She was telling me about how she wasn't included in chorus. |
| | | Why hadn't she been told that chorus would be two days a week. Why had Chris been told he would be paid from the 50 hours? |
| | | Chris won't be paid from the 50 hours he should get chaperone pay. |
| | | She was throwing my name around speaking for me about things I have never been involved with. |
| 27-Oct | 3:00 | Danielle held her first chorus rehearsal. She has junior high school kids come and "help her" |
| | | She spent 15 minutes just chatting with them and having them go get this and go get that, all the while ignoring her students. |
| | | Linda Jackson called Danielle to ask for a sign in sheet and Danielle responded nasty. |
| | | When she hung up the phone she said in front of the kids "I'll get it when I am ready." |
| | | She was not prepaired with music for the rehearsal and at this point wants to talk to me about music selection. |
| | | In the mean time, the chorus kids are just sitting on the risers. She doesn't actually begin rehearsal until 3:25 when the kids were sent down at 2:55 |
| 28-Oct | 9:05 | Steve Hurn has been hired to work with the sound system in our auditorium. He is here today working. I was walking though the auditorium and |
| | | Danielle was in the auditorium talking to Steve. She was telling Steve all about her situation and how she is being wronged here. She was lying about |

DD01630

| | | |
|---|---|---|
| | | the chorus money and the money she recieves for the musical. She told Steve she used the money she got for the musical on the musical. She did |
| | | not. She told Steve that Gillette does not split the stipend for the musical in which case they do. |
| | | |
| 30-Oct | 8:00 | Danielle was not at school. During homeroom her students were unsupervised and needed another teacher needed to cover her homeroom. |
| | 12:30 | Danielle did not participate in the afternoon colaboration of the music staff. |
| | | |
| 2-Nov | 8:00 | Chris marked in my 7th grade teacher's manual all the material that was covered in Danielle's absence. He gave this copy to administration. |
| | | Danielle received this from them so she could maintain her records of material taught and she would know what was already covered. She gave it |
| | | back to me as she was leaving the office. She didn't even check to see what Chris did for the first 6 weeks. |
| | | |
| 4-Nov | 2:47 | Danielle left the building at 2:47 out the back door from the 7th grade hallway. |
| | | |
| 5-Nov | 11:10 | I was waiting for my class outside the technology room and D came up to me accusing the administration of stealing her thumb |
| | | drives. She accused Stan Finkle of rummaging about her room and stealing her plan book and lesson plans this past summer. |
| | | |
| | 2:10 | I was walking past Danielle's room on my way to see Gary Lipp when I passed Danielle walking her entire study hall towards the |
| | | main office. She asked me if I would watch her study hall so she could go make copies. |
| | | |
| 10-Nov | 2:58 | Left the building early |
| | | |
| 11-Nov | 8:50 | I needed to speak with Danielle about splitting up parts for the combined chorus numbers. We do this. And then Danielle was complaining about Chris |
| | | and his lack of grades. I saw what Chris had for grades. Danielle left a rubric with Chris saying 75% of thei grade would be on a "project." |
| | | So Chris thought she wanted to be the one to do this with her students. Chris collected grades for a folder, several worksheets in the folder and |
| | | participation. I have no idea what Danielle did with these grades but she was certainly complaining about not having anything. |
| | | |
| 13-Nov | 11:08 | [redacted] is a 6th grader who is in 5th grade chorus because of obligations on Tuesday/Thursday. I met with her father at the beginning of the |
| | | year because [redacted] wanted to be in chorus but couldn't stay with 6th/7th chorus. I gave him a couple options and [redacted] decided she wanted to |
| | | stay Monday/ Wednesday with the 5th grade chorus. There are a couple other 6th and 7th graders in there for similar reasons. We have always tried |
| | | to work with kids schedules to make it work. [redacted] has not been coming to chorus. I do not have her for music so I don't have a chance to see her. |
| | | I caught up with her on Friday to see what was going on. She said Miss Rausa came to their classes to talk to kids about chorus. Miss Rausa said |
| | | [redacted] needed to be in 6/7 chorus. So now [redacted] has been staying with 6/7 chorus and her father comes to pick her up at 4:00. Danielle |
| | | decided that this man needed to make an extra trip to pick up his daughter because my solution did not meet her needs. She did this without even |
| | | speaking to me about it. |
| | | |
| 18-Nov | 3:00 | Left at 3:00 |
| | | |
| 22-Nov | | Left at 2:45 |

DD01631

REDACTED

| | | |
|---|---|---|
| 1-Dec | 9:50 | Caught me as she was leaving the bathroom. She has a class 3rd period but stopped to speak with me about a meeting she had with Dr. Grammet. She told Dr. Grammet that she wanted me to work with her with the musical. Told Dr. Grammet I would work with her if she did a favorite musical of mine. This is not true. I will not be doing the musical this year. |
| 3-Dec | 8:00 | Called me to let her in the building. |
| 4-Dec | | Danielle invited Samra to join chorus. Debbie Gavin is Samra's 1:1 TA. Debbie came to chorus. Debbie is now Danielle's secretary/ assistant and does not assist Samra. She makes copies, takes attendence and passes out music. |
| 8-Dec | 9:00 | Asked if I would teach chorus this afternoon. |
| 8-Dec | 10:00 | Called me in the middle of my class to see if I could go make copies for her for the rest of the day. She asked if I could do it 4th period since I could not do it third. I could not. She had class 3rd, 4th, 5th; 6th |
| 9-Dec | | Last year Joe Clayton, Gerg Stone, Mark Bossert and Pat Wallace put together an assembly for the day before Christmas vacation. We ended up having a snow day so we didn't have the chance to do this. We decided to pull it out for this year. When I had a chance, I went to Danielle and asked her if she wanted her chorus to join the sing along. She immediately got angry that she was not included. I told her I was including here right now with this invitation. She wanted to know why Joe Clayton was involved. Why does he have power. We keep involving Joe and she should be the one running this. I told her if she wanted her chorus to sing with us to please let me know. She said she would ask the kids and get back to me. She has not gotten back to me as of December 16th. I do not know if she is planning on joining us. |
| 14-Dec | 7:47 | In at 7:47 |
| 16-Dec | | E-mailed me to put sub plans together. She did not have copies made for the day. Called sub servise so late that there is no sub for her and her plans were not complete. She left a video and a worksheet to fill out. There was no key made, so I made one. |
| 16-Dec | | Danielle handed out a note to a 5th grader in Mrs. Berti's home room inviting him to join 6/7 chorus because he has such a great voice. I teach Mrs. Berti's homeroom so I don't know how Danielle would know this child. And I don't know why she is inviting 5th graders to sing in 6/7 chorus without speaking with me about it. |
| 16-Dec | 8th | My class was singing the songs that will be sung during the sing a long December 23rd. A student who is in 6/7 chorus told me that Danielle told the chorus that they were excluded and she was mad about it. She told the kids that singing at the assembly would have been a nice opportunity for the kids but since they were not invited they would not get to sing. I invited her to participate a week and a half ago!!!!!!!! |

DD01632

# Exhibit C

**From:** Launt, Robyn
**Sent:** Monday, June 07, 2010 9:24 AM
**To:** Wolf, Steven
**Subject:**

So on Friday I had a 7th grader in my study hall, , , ask if I was fired. Awesome. I told her no one was being fired. She said "that's what Miss Rausa said"

Awesome....