UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DANIELLE RAUSA,

Plaintiff,

v.

THE BOARD OF EDUCATION OF THE NORTH SYRACUSE CENTRAL SCHOOL DISTRICT, AND STEVEN WOLF,

Defendants.

---

**AFFIDAVIT**

Civil Action No. 5:11-CV-1152
(TJM/ATB)

STATE OF NEW YORK )
)ss.:
COUNTY OF ONONDAGA)

**DAVID MORTON**, being duly sworn, deposes and states:

1. I was employed by North Syracuse Central School District (the "District") for approximately twenty-six years. I was hired by the District in 1986 as Principal of Gillette Road Middle School. In 1991, I was appointed as Director of Social Studies and Fine Arts.

2. I retired from the District on June 30, 2012. At the time I retired, my title was Director of Social Studies, Fine Arts and Languages.

3. Presently, I am employed by the District as Assistant Director of Fine Arts for one half-day per week.

4. As Director of Fine Arts, I had District-wide responsibility for all of the District's music and art programs. I had this responsibility for 21 years.

5. Although the building Principal is the direct supervisor of all teachers in his/her building, music teachers have a dotted line of report to the Director of Fine Arts. As Director, it was my responsibility to coordinate music instruction and co-curricular music activities across buildings and grade levels to create a cohesive music education program.

6. I was involved in the selection process that led to the hiring of Danielle Rausa, and I recommended her for hire. Ms. Rausa began her employment in or about September 1997.

7. Initially, Ms. Rausa was hired for and assigned to a classroom music position at Smith Road Elementary School ("Smith Road").

8. I had frequent conversations with building administrators across the District. If there were problems or issues with a particular teacher, I tended to hear about them.

9. I was aware that Ms. Rausa had a significant personal conflict with her fellow music teacher (who was also a woman) at Smith Road, and their disputes were disruptive to the music program in that building. I had many conversations with the then Principal of Smith Road, Bernard Campbell, about his frustration with the situation. I also had conversations with Ms. Rausa and the other teacher involved. The situation was never really resolved until Ms. Rausa transferred out of Smith Road and into Roxboro Road Middle School ("Roxboro Road") as of September 2002.

10. The position into which Ms. Rausa transferred at Roxboro Road was another classroom music position. She remained in the classroom music assignment for several years.

11. Some years later, the then Principal of Roxboro Road Joseph Menard reassigned Ms. Rausa to teach instrumental music. Mr. Menard did this without consulting me. This is the only time I can recall where a Principal reassigned a music teacher without my advice or involvement.

12. A classroom music position involves teaching music as a subject matter to students in a classroom setting. Subjects of instruction include very basic music appreciation, music theory, and understanding music's reflection of and influence on culture. An instrumental music position involves teaching instrumental lessons during the day (i.e., flute, trumpet, saxophone, etc.). There is no difference in pay or hours of work between classroom versus instrumental positions.

13. Chorus and band at the middle school level are offered as extracurricular, afterschool activities. Music teachers were paid an additional amount as a stipend to teach chorus or band in addition to their ordinary teaching salary.

14. In about 2006, I headed up the Instrumental Band Alignment Committee. The goal was to create a top flight instrumental band program.

15. In my opinion, Ms. Rausa is a gifted vocalist, and I was aware that she has been a lead vocalist in local bands over the years. However, I did not regard her as a top-notch instrumental band teacher. Ms. Rausa successfully attracted students to band, but the quality of her instruction was simply not as good as other teachers. It was reported to me that Ms. Rausa's students did not perform as well when they entered Junior High in comparison to students taught by other middle school instrumental instructors. Ms. Rausa was an "okay" band teacher, but I wanted "Olympic" level band instructors.

16. In the Committee's plan, Ms. Rausa would return to a classroom music/choral position. In her place, we planned for Sue Paniski and James Bamonte to share the position. (This was due to the different instrumental specialties of those teachers. We wanted them to teach in elementary and middle school buildings so the band teachers would "follow" students through grade levels for better instructional continuity.)

17. As it happened, we were unable to implement the Alignment plan as a whole. Our plan would have required quite a bit of movement of teachers between buildings, and it was not feasible to coordinate this between voluntary and involuntary transfers.

18. As we neared the end of the 2007-2008 school year, we anticipated the retirement of a music teacher at Roxboro Road.

19. Building principals have the authority to "building massage", meaning to reassign teachers within their tenure area within the same building.

20. Steven Wolf was hired by the District in late January 2008. When we learned of the impending retirement of a music teacher, I went to Mr. Wolf and explained to him my ideas to strengthen the Roxboro Road music program. Specifically, I recommended that Ms. Rausa be reassigned from instrumental/band to classroom music/chorus, and Patrick Wallace be reassigned from classroom music/chorus to instrumental band. I recommended this for a few reasons. First, it played to what I assessed to be both individuals' strengths. I wanted to take advantage of Ms. Rausa's vocal talents and also utilize Mr. Wallace's stronger instrumental background. Mr. Wallace had been a professional United States Army Musician, which

is highly competitive and outstanding instrumental training. Second, Ms. Rausa was the Drama Club Director. The Drama Club puts on a spring musical, and many students in the chorus are involved in the musical. We had experienced scheduling difficulties with two different teachers trying to run a chorus and the Drama Club, with students wanting to do both activities. I believed that we would avoid some of these conflicts if we had the same teacher running Drama Club and the chorus (i.e., Ms. Rausa).

21. I explained all of this to Mr. Wolf. It is the Principal, not the Director of Fine Arts, with the authority to building massage. However, Mr. Wolf was very new to the District, and he was acting on my recommendation.

22. Mr. Wolf and I had a meeting with Ms. Rausa, and we explained to her that we wanted her to take the classroom music/chorus position. We told her that we needed her vocal talents to build up that part of our program. I had hoped that Ms. Rausa would want to do this. As it turned out, Ms. Rausa was angry about the change, and she expressed this to me very clearly.

23. Attached as **Exhibit A** is a memorandum I wrote to Jerome Melvin explaining the rationale for the building massage.

24. Ms. Rausa's gender had nothing at all to do with my recommendation to reassign her to classroom/vocal music. Some of the District's most valuable instrumental band teachers are women, including Holly Bossert, Sue Paninski, and Karen Seamans, and the instrumental band 2006 Alignment Plan would have placed these women in the most educationally critical band positions.

25. My recommendation that Ms. Rausa return to a classroom/vocal position was based solely on my best educational judgment at the time.

26. Ms. Rausa returned to a classroom/chorus position as of September 2008. The other classroom/chorus teacher at the time was Robyn Launt.

27. In September 2008, Mr. Wolf informed me that Ms. Rausa and Ms. Launt wanted to create a "select chorus". I considered this and got back to Mr. Wolf. I told him that this was educationally inappropriate at the middle school level. A select chorus necessarily involves selection, and therefore rejection, based on student vocal talent. Middle school is too early in my opinion to send a message to students in terms of who is and is not vocally talented. The District does not have a "select chorus" at any of its middle schools, and consistency across buildings is important.

28. It later came to my attention that Ms. Rausa nevertheless circulated Select Chorus announcements.

29. At the end of the 2011-2012 school year, music teacher Mark Bossert retired. I consulted with Mr. Wolf as to how to realign the music positions in the building. We decided to place music teacher Kristen Kopf in an instrumental/band position, and Ms. Rausa in a combination of instrumental/band and classroom music.

30. As of the 2012-2013 school year, Ms. Rausa is in an instrumental/band position on a full-time basis.

31. Mr. Wallace has since left the District to become an administrator in another district.

32. I understand that Ms. Rausa believes she is a better band teacher than Mr. Wallace because her student numbers (meaning the numbers of students she attracted to band) were greater than his. I would respond that, while attracting students

is important, the quality of instruction is important as well. In my opinion, Mr. Wallace provided the higher quality of instrumental instruction.

33. It is my understanding that Ms. Rausa complains about a decision to change chorus from a 7th grade only chorus to a 6/7th combined chorus as of September 2009 and that this occurred without anyone speaking to her about it. I held optional meetings to discuss this over the summer of 2009. Ms. Rausa was invited, but she did not attend either meeting. My notes to this effect are attached as **Exhibit B**.

34. Over the years, teachers complained to me about Ms. Rausa as a colleague. The complaints ranged from Ms. Rausa being rude or uncooperative, to using other teacher's lesson plans and materials without their permission, to booking her personal band gigs during the day instead of teaching lessons. Administrators would express frustration that Ms. Rausa had caused some problem that needed to be untangled. There was no gender gap here; male and female teachers and administrators reported these things to me.

35. Personally, I found Ms. Rausa to be a challenging personality. Her style was not to *ask* me for something, but to *demand* it. She was argumentative and insistent on her way. Ms. Rausa's approach to me conveyed that she expected me to drop everything and respond to her. At the same time, she was uncooperative in return. As noted above, she often did not attend meetings, and then she would complain about and even resist decisions made at those meetings.

36. I have no reason to believe that Ms. Rausa was in any way harassed or discriminated against because of her gender.

/s/ David Morton
DAVID MORTON

Sworn to before me this 27th
day of March, 2013.

/s/ Timothy D. Gural
Notary Public

TIMOTHY D. GURAL
Notary Public State of New York
Qualified in Onondaga Co. No. 4984147
My Commission Expires July 5, 2014

# Exhibit A

INTER SCHOOL

# MEMO

**To:** Dr. Jerome F. Melvin
**From:** David Morton, Ed.D.
**Subject:** **Danielle Rausa's Return to Classroom & Choral Music 2008-2009**
**Date:** 5/28/08

Due to the retirement of Mary Ellen Di Pietra, we had an opening for 7th grade classroom music at RRMS. Danielle Rausa has extensive experience and skills in this area. Additionally, she has been the director of the RRMS musical program for the past 2 years and relies on the 7th grade chorus extensively. The new 7th grade classroom/chorus position is a perfect match with her drama/musical position.

When Ms. Rausa was hired, she accepted a classroom/chorus music position at Smith Road Elementary School. When Gloria Darnell retired at RRMS in 6th grade classroom/chorus, Ms. Rausa requested and was granted a transfer into this position.

My understanding, which is all hearsay, as I had no involvement in the decision, is that when Ms. Rausa knew that she would lose her classroom during construction, she claimed medical concerns with pushing a cart and requested to be placed in the band position opened when Burt Dunlap retired. The previous principal granted this request. The Fine Arts Director had no involvement nor notice of this decision until after it had been made.

This year, there were several conflicts between Ms. Rausa, as the band teacher, and the 7th grade choral teacher, during the RRMS musical practice schedule that would have been alleviated if she were the 7th grade choral director.

Ms. Rausa excels as a classroom music teacher, as a choral director, and as a drama/musical director. She is also a professional singer. She was brought into the district to teach classroom and chorus and was granted a transfer into RRMS from SRE to teach classroom and chorus.

She does not excel as an instrumental band teacher, and I am constantly told that the JHS band teachers have to re-teach her students.

As you are well aware, the instrumental realignment team has recommended

placing Ms. Rausa back into classroom/chorus and replacing her with a strong instrumental band instructor. As we still are unable to implement our recommended realignment plan, the next best alternative was to return Ms. Rausa to classroom music when the building opening occurred in 7th grade classroom music due to a retirement through a building massage.

Therefore, for all the above reasons, especially paragraph one, I recommended to Mr. Wolf that he place Ms. Rausa into the 7th grade classroom music position for 2008-2009 and to place Mr. Wallace, who was a United States Army Musician performing throughout Western Europe and the United States and who was also the manager of the American Music Group's New York Mills store for school instrument rentals, into the instrumental band position as a building massage for 2008-2009.

Cc. Steve Carr
Steve Wolf

# Exhibit B

**INTER**

**SCHOOL**

# MEMO

**To:** Stan Finkle
**From:** David Morton
**Subject:** **Middle School Chorus**
**Date:** 10/29/09

Due to budget reductions and to align and offer continuity between our middle schools, chorus will occur as follows during the 2009-2010 school year:

Grade 5 2 days per week at each middle school
Grade 6/7 2 days per week at each middle school

Each school will have 2 concerts, one in either December or January and one in either May or June.

7th Grade Chorus will stop tin January to allow students to participate in the play/musical and will resume in April after the play/musical performance.

This decision was made this year were discussed with the teachers who voluntarily met on March 30, 2009, and August 13, 2009. Danielle Rausa was not present at either meeting.

In 2008-2009, the two middle schools were considerably different.

Gillette had 3 choruses, grades 5, 6 and 7. Each chorus met twice a week with 2 concerts, one in December and one in May.

Roxboro had 2 choruses, grades 5/6 and 7. Each chorus met once a week with 1 concert in January.

Cc. Dr. Jerome F. Melvin