UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DANIELLE RAUSA,

Plaintiff,

v.

THE BOARD OF EDUCATION OF THE NORTH SYRACUSE CENTRAL SCHOOL DISTRICT, AND STEVEN WOLF,

Defendants.

---

**AFFIDAVIT**

Civil Action No. 5:11-CV-1152 (TJM/ATB)

STATE OF NEW YORK )
)ss.:
COUNTY OF ONONDAGA)

**STEVEN WOLF**, being duly sworn, deposes and states:

1. I was previously employed by North Syracuse Central School District (the "District") as Principal of Roxboro Road Middle School. I started in that position on or about January 28, 2008. I had left a position as Principal of Grant Middle School in the Syracuse City School District to accept this position.

2. Approximately two (2) weeks after I arrived, then Associate Principal Ellen Hardy brought to my attention a situation involving a music teacher, Danielle Rausa. Ms. Hardy told me that Ms. Rausa had behaved very unprofessionally, including yelling, during one of Ms. Hardy's meetings.

3. Ms. Hardy asked me to attend a Weingarten meeting involving this incident. A Weingarten meeting refers to a meeting with a teacher and his/her union representative to discuss an incident or allegation of concern. I attended the meeting as Ms. Hardy requested.

4. I had no further involvement in the February 2008 incident. I knew that Ms. Hardy was working with Annette Speach in the District's Human Resources Department to address it. I was aware of what was occurring, but I did not direct the District's response in any way. I had only two weeks experience in the District and Ms. Hardy had decades of experience in the District. I was very comfortable deferring to her and her judgment.

5. Not long thereafter, Director of Fine Arts Dr. David Morton approached me about upcoming staffing changes within the music department. Dr. Morton explained that Ms. Rausa was a talented vocalist and that she sang professionally. (Ms. Rausa had given me a CD of her singing in a band by this time, and I agreed that Ms. Rausa had a beautiful singing voice.) Dr. Morton also explained that Patrick Wallace had an impressive instrumental background and his talents were needed in the band program. Dr. Morton recommended to me that Ms. Rausa should be in the classroom music/chorus position, and Mr. Wallace would be better in the instrumental lessons/band position. Dr. Morton also explained that having Ms. Rausa in the chorus position would be a more natural fit with her Drama Club role. This all made sense to me, and I accepted the recommendation.

6. It was explained to me that I had the authority as Principal to "building massage," meaning reassign duties within the building. Therefore, in approximately April 2008, Dr. Morton and I informed Ms. Rausa and Mr. Wallace (in separate conversations) that their positions would be switching.

7. In my mind, this was a fairly routine teaching reassignment of the kind that happens in districts all the time. I thought we were complimenting Ms. Rausa when we

told her what a strong vocalist she was and how good she would be in the classroom music/vocal position. However, Ms. Rausa was not pleased about the change, and she told me so.

8. In mid-May 2008, music teacher Mark Bossert reported that Ms. Rausa had berated him. Mr. Bossert said that Ms. Rausa had accused him of being the reason for her reassignment and that she had made a veiled threat that he should "be careful what he wishes for." Mr. Bossert said he felt intimidated by Ms. Rausa.

9. I reported this complaint to Ms. Speach, and she conducted the investigation. As with the February 2008 situation, I did not direct the District's response to this incident. Ms. Speach issued a counseling memorandum to Ms. Rausa. I was aware of this, but I was not the decision-maker.

10. As of September 2008, Ms. Rausa was in the classroom music/chorus position. Robyn Launt was the other classroom music/chorus teacher. One of their ideas was to have a Select Chorus. This was the kind of decision I needed to run by Dr. Morton.

11. In the meantime, I noticed that an afterschool meeting for students had been announced. I asked Ms. Rausa what this meeting was about, and she told me that she and Ms. Launt would be announcing Select Chorus and some other chorus initiatives. I told her that she could not have such a meeting with students until we determined if these programs were going to be allowed. I cancelled the meeting. Ms. Rausa was upset that I did so, but I could not allow the meeting to go forward under the circumstances.

12. Dr. Morton got back to me, saying that a Select Chorus was inappropriate at the middle school level. I held a meeting with Ms. Rausa and Ms. Launt on or about September 22, 2009 and explained this. I also followed up with a memorandum dated September 29, 2009 to this same effect. A copy is attached as **Exhibit A**.

13. Thereafter, I learned that a flyer had been circulated to students outside Ms. Rausa's room, inviting them to sign up for Select Chorus. Beyond the fact that we had specifically disallowed this, the tone of the flyer was inappropriate because it implied that the students had not had a good time in the previous chorus teacher's chorus. A copy is attached as **Exhibit B**.

14. At about the same time, a former student (a student then in the junior high school) complained that Ms. Rausa had been mean and inappropriate on Myspace.

15. I informed Ms. Speach about these incidents. She encouraged me to meet with Ms. Rausa in the presence of a union representative to discuss the situation. I did so in October 2008.

16. In this meeting, we discussed my disappointment that Ms. Rausa would have persisted with the select chorus concept despite our very clear directives otherwise. I also felt that the flyer was derogatory toward other teachers and not what I would have expected among colleagues. I also had concerns that Ms. Rausa was communicating with students or former students in social media forums. This seemed to me poor judgment to engage with children in any kind of social media chat forum, regardless of what precisely had or had not been said. In my mind, both of these concerns reflected poor professional judgment on Ms. Rausa's part, and I told her so.

17. I discussed with Ms. Speach whether a counseling memorandum was in order, and she agreed that it was. I had never drafted a counseling memorandum before, and I sent my draft to Ms. Speach. Ms. Speach educated me as to how a counseling memorandum should look, and I recall that she revised my draft.

18. The October 20, 2008 counseling memorandum appears to be my version of the counseling memorandum. A copy is attached as **Exhibit C**. The November counseling memorandum may be Ms. Speach's revisions, but I no longer recall the exact circumstances.

19. The spring of 2009 turned out to be filled with Danielle Rausa-related incidents and concerns.

20. First, I continued to hear reports from colleagues about Ms. Rausa's behavior. These complaints included Ms. Rausa being rude to them or uncooperative with them, and also included Ms. Rausa talking about them to students or parents "behind their backs". To be clear, these reports came to me from male and female teachers and staff, and the reports came from teachers inside and outside the music department.

21. From time to time, parents got viciously angry (often at me) about information they had heard from Ms. Rausa, some of which was blatantly false.

22. As an administrative team, we spent an inordinate amount of time responding to Ms. Rausa and the controversy she created. It seemed that everything we tried to do was difficult if it involved Ms. Rausa, from scheduling the auditorium to organizing a concert or event. I had never experienced anything like this, and I was in constant communication with either Ms. Speach or my superior, Assistant

Superintendent for Instruction Stanley Finkle, as to how to respond to these issues as they arose.

23. In February 2009, the teachers in the music department requested a joint meeting between them, building administration, and the union. The reason for the meeting was to discuss Ms. Rausa's behavior and its impact on the department. This meeting was requested by a mix of male and female teachers. The concerns these colleagues expressed in that meeting continued throughout the spring 2009 term.

24. Beyond these collegiality issues, there were other concerns. For instance, Ms. Rausa did not enter grades for an entire marking period (the third marking period of the 2008-2009 school year), and we would later learn that she also did not enter grades for certain students for the second marking period.

25. On March 27, 2009, several female students in Ms. Rausa's Drama Club reported that they had been sexually harassed by a male Drama Club student during Drama Club rehearsals. I reported this to the school's Student Resource Office (SRO) as well as higher administration, and the Sheriff's Department opened a criminal investigation.

26. In the midst of our dealing with and reeling from this (and just one week later), Ms. Rausa held a Saturday Drama Club rehearsal. I arrived at the building in the midst of this rehearsal and could not find Ms. Rausa. I learned that she was not even in the building. She had taken her daughter to a music audition of some kind, leaving the students in the midst of the rehearsal. I did not give Ms. Rausa permission to leave this rehearsal, and I did not know that she planned to do so.

27. As I am the person with ultimate responsibility for student safety in the building, this situation was of great concern to me. I reported it to Ms. Speach and Mr. Finkle.

28. By the end of the 2008-2009 school year, the Board of Education had brought charges against Ms. Rausa. I did not participate in this decision, except to provide information as was requested of me. However, I supported any effort to rectify what had become too many instances of Ms. Rausa's unprofessionalism and responsibility failures.

29. Ms. Rausa returned to work in October 2009. We had a few weeks of a flurry of incidents involving Ms. Rausa, including that she -- once again -- announced changes to students and parents that had not been approved by administration in advance, and music teacher Robyn Launt complained about Ms. Rausa's behavior toward her.

30. Throughout my time at Roxboro Road, there continued to be occasional complaints and conflict involving Ms. Rausa. However, I never issued another counseling memorandum to her, and, to the best of my knowledge, no other administrator did either.

31. I was informed that I would not be recommended for tenure in October 2011. I was on medical leave from October 2011 through January 27, 2012, the date of my resignation.

32. I turn below to certain of Ms. Rausa's specific allegations.

33. I understand that Ms. Rausa complains about not having a key to the sound system in the auditorium. The Roxboro Road auditorium sound system had been

reprogrammed over the summer of 2008. Part of our plan to keep the sound system in good working order was to limit access to it. I therefore delegated this to our technology teacher, Joseph Clayton. Mr. Clayton had extensive experience with the sound system, and, of course, with the building's technology in general. This decision was to protect the integrity of the sound system, not to harass anyone, including Ms. Rausa.

34. Ms. Rausa is correct when she states that the sound quality was not good for the opening night of the Drama Club's spring 2009 musical. The building's wireless microphones had not been replaced during the sound system upgrade, and the wireless microphones and sound system no longer synced well together. On the opening night of the show, the microphones were cutting out or giving feedback. For the next night of the show, I secured a portable sound system from another building, and the sound was much improved. The sound quality of the opening night was unfortunate, but I did what I could to fix it going forward.

35. This included arranging for a professional sound person, Steven Hurn, to work with Ms. Rausa and the Drama Club for future performances.

36. Ms. Rausa complains that I did not look for her grade book and plan book when they went missing. I actually did. When Ms. Rausa reported them missing, I spoke to Mr. Finkle about the situation. As I recall, I was in the building at the time, but Ms. Rausa was not. Mr. Finkle suggested that I look around her classroom and try to find them. I did look, but I could not find them. Mr. Finkle and I spoke again, and we discussed whether I should put out an email to the entire staff. However, we decided that this would reflect poorly on Ms. Rausa, and we decided against it for that reason.

37. Ms. Rausa also complains that I accessed her Facebook page. My secretary was Facebook "friends" with Ms. Rausa, and, on June 19, 2009, she told me that Ms. Rausa had posted something about me. I asked to see the post, and she logged on and printed it out. Ms. Rausa's "status" post was "If there is any justice in this world . . . and I do believe there is – Wolfie picked the WRONG person to mess with!!!! Oh, Yeah, -- it's ON!!!" This is about the time that Ms. Rausa learned that the Board was issuing charges against her. A copy of the print out is attached as **Exhibit D**. This is the only day or occasion that I saw material on Ms. Rausa's Facebook page.

38. Ms. Rausa alleges that I would not meet with her concerning her Year End Summary (YES) form. This is not true.

39. I had a meeting scheduled with Ms. Rausa for June 12, 2009 to discuss her YES form. On that day, we had a student in severe personal crisis. Ms. Rausa arrived in my office and my secretary told her that the meeting had to be cancelled. Ms. Rausa saw Patrick Wallace in my office and said, "You cancelled *me* for *him*?!" I explained that we had a student crisis, and Ms. Rausa stayed and assisted with the student. She was actually quite helpful in our response to that student.

40. The end of the year is an incredibly busy time, and I did not have any further communication from Ms. Rausa about the YES meeting until just about the last day of school. Ms. Rausa complained that there had been no YES meeting.

41. I responded by asking my secretary to get a meeting with Ms. Rausa scheduled, even if it needed to be over the summer at her convenience. My secretary later reported to me that Ms. Rausa did not want to come in to meet with me because

she preferred to have me "squirming" for failing to meet with her. A copy of my secretary's report to me about this is attached as **Exhibit E**.

42. Ms. Rausa claims that I did not praise her, and she says that this is because she is female. This allegation is astounding to me. I did praise Ms. Rausa's accomplishments.

43. As Principal, I started in November 2009 a newsletter to send home to parents and students. This was my publication and my effort to communicate all the good things that our students and staff were doing. Merely by way of example, I attach copies of a few documents in which I recognized Ms. Rausa for her then upcoming 2010 choral concert[1] as well as her spring 2010 Drama Club production of "Oz." I also recognized other female teachers in the attached bulletins. These bulletins are attached as **Exhibit F.** As to the attached:

A. In January 2010, "Over 90 voices will be heard at the January 26th [2010] Winter Chorus Concert, to be held at 7:00 p.m. at RRMS in the Auditorium under the direction of Ms. Launt (5th grade chorus) and Ms. Rausa (6/7th grade chorus). The students, their advisors and directors have been working very hard and are looking forward to sharing the results of all their hard work! Please join us!"

C. In an April 2010 letter to parents, I wrote, "April 14 and 15 will be our spring musical 'OZ!' This promises to be a terrific program and I hope you can be a part of it! A big thank you to Ms. Rausa and all the Drama Club members for all their hard work!"

---

[1] In one of the passages, I mention the December band/orchestra concert. As this was a band/orchestra concert only, Ms. Rausa's choral group did not perform. This is why I did not mention her in that passage.

D. In the May 2010 school bulletin, I wrote, "Our musical production of 'Oz!' was a tremendous success! Thank you to Ms. Rausa for her tireless dedication to this intensive project! It was a lot of fun and we were sold out both nights!"

E. In April 2010, Ms. Rausa had been recognized by a relative of L. Frank Baum, and I wrote an email to her saying, "THIS IS AWESOME STUFF! Congratulations and Good Luck tonight! – Steve." This email is attached as **Exhibit G**.

44. I adamantly deny that I harassed Ms. Rausa based on her gender or for any other reason.

/s/ Steven Wolf
STEVEN WOLF

Sworn to before me this 28th
day of March, 2013.

/s/ Laura H. Harshbarger
Notary Public

LAURA H. HARSHBARGER
Notary Public State of New York
Qualified in Onondaga Co. No. 02HA6045589
My Commission Expires July 31, 2014

# Exhibit A

North Syracuse Central School District

ROXBORO ROAD MIDDLE SCHOOL
Steven A. Wolf, Principal
300 Bernard Street
Syracuse, New York 13211
Office (315) 218-3300
Fax (315) 218-3385

# MEMORANDUM

**TO:** Robyn Launt, Music Teacher, RRMS
Danielle Rausa, Music Teacher, RRMS
**FROM:** Steven A. Wolf, Principal, RRMS
**DATE:** September 29, 2008
**SUBJECT:** 5/6 and 7th Grade Choruses

After consulting with Dr. Morton, Director of Fine Arts for the NSCSD, it was determined that creating chorus as a grade 5-7 initiative would not be advisable at the middle school level. In addition, **Select Chorus** is not done at the middle school level.

Therefore, we will have a 5/6 chorus and a 7th grade chorus. Ms. Launt will have the 5/6 and Ms. Rausa the 7th grade chorus. After school, chorus room 119, should be utilized as a rehearsal room. If more room is necessary, then dining room A will be made available to you.

You may begin your choruses when you are ready.

Any questions, please see me.

cc: Linda Jackson, Associate Principal, RRMS
Tracy Davidson, Associate Principal, RRMS
Dr. David Morton, Director of Fine Arts, NSCSD

EXHIBIT
PENGAD 800-631-6989
Defendants F
1/24/13

DD03163

# Exhibit B

# RRMS Chorus

Our ROCKIN' chorus will be starting soon!
We will be doing a Winter concert, a Spring Musical, and an
ALL NEW ***SELECT CHORUS***.
This is ***NOT*** like your other chorus experiences - You'll have a great time!

**Give it a try.......**

**One rehearsal a week after school......**

Be a ***STAR*******.......**

**Join Chorus NOW!!**

Late buses will be provided, you must stay in good academic standing, show responsible behavior, and be ready for our Spring Concert.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**Students name** ______________________________

**Homeroom** ______________________________

**My child has permission to join chorus and ride the late bus home on rehearsal days. I understand my child's responsibilities in joining Chorus and have discussed this with my child.**

**Parent *signature*** ______________________________

**Return to Miss Rausa, Miss Launt, or Ms. Kopf**

EXHIBIT
PENGAD 800-631-6989

DD01321

# Exhibit C

EXHIBIT
P4
1/16/13 AS

# ROXBORO ROAD MIDDLE SCHOOL

## MEMORANDUM

**TO:** Danielle Rausa, Music Teacher, RRMS

**FROM:** Steven A. Wolf, Principal, Roxboro Road Middle school

**RE:** Counseling Memorandum – Insubordination and Violating Staff Code of Conduct

**DATE:** October 20, 2008

Present at the meeting were:
Sue Berti, NSEA Rep.; Stan Finkle, Assistant Superintendent for Instruction; Dr. David Morton, Director of Music; Danielle Rausa, Music Teacher, RRMS; Steven Wolf, Principal, RRMS.

I asked you if you recalled our meeting September 22 when you, Ms. Jackson and myself discussed your hand surgery. You answered that you did recall our conversation of that date. I stated that at that time, we also discussed our expectations for choruses at RRMS. And asked if you remembered that part of the conversation. You responded that you did and stated that I had told you that we needed to separate 5/6 chorus from 7th grade and that Drama Club would be a separate entity. On September 22, you mentioned that you would like to initiate a Select Chorus/Jazz Chorus to me and I stated that I would have to talk to Dr. Morton about that. I asked if you recalled that part of our conversation. You stated that you did.

Upon discussing this with Dr. Morton it was determined that Select Chorus is not done at the middle level and I stated this in the memorandum dated September 29, 2008. I asked if you had received a copy of this memorandum. You stated that you did receive a copy of this memorandum dated September 29, 2008 regarding 5/6 and 7th grade choruses and Select Chorus. You read the section to us and I asked you to summarize its contents. You agreed that the memo stated that there shall be separate choruses and that there cannot be a Select Chorus.

I then showed you a copy of the sign up forms that were left outside your classroom on October 1 stating that there was going to be "…an ***ALL NEW SELECT CHORUS***." These sign up forms also indicated that there would be one RRMS chorus after you were already told both verbally and in writing that there would be two. This is what I am identifying as "insubordination." You stated that these forms were not intended to be circulated and that this was a mistake. You further stated that maybe one of the students put them out.

In September, I asked you about keeping Drama Club separate from chorus and that everyone should be able to tryout regardless if they were in chorus or not. You stated that kids are always given the opportunity to try out for drama. Further, you indicated that you would run chorus and then it would "flip over" into drama. You stated that this was run by Dr. Morton and approved. Dr. Morton stated that it was not approved and neither did he approve the flyer for signup.

Next we spoke about the tenor and tone of your flyer and that it intimated that the previous chorus teacher(s) provided a poor opportunity for students and that your chorus is "***NOT*** like you other chorus experiences-You'll have a great time!" In addition, your flyer indicates that students could turn their

sign up sheets in to other staff members, some of whom had no idea their name was on the form. I stated that this is a violation of NSCSD BOE policy 9100, otherwise known as the Staff Code of Conduct. Specifically, you have violated:

a. 9100 (A) 3-5
b. 9100 (A) 7-8; 10

When you received the notification of today's meeting from my secretary, you began a conversation about its contents with her and you class was unsupervised thereby violating the Staff Code of Conduct. Specifically: 9100 (B) 3. You denied this accusation.

Next, I stated that I am in possession of an email from a former student of yours dated September. In it, the student states:

"Miss Rausa has been mean to me and (other student) this summer. She deleted my messages I sent her, she deleted me and (other student) off her MySpace, she said wtf to (other student) and sent him a picture of someone's middle finger…I don't know if its her kids or not but that is NO way a teacher should act, right? Anyway how's her job going in class music? (I can't ask her cause she doesn't answer me.)"

I asked you if you recalled the chain of events as indicated above. You stated that you did not remember this incident but you do remember a student apologizing for his or her comments. I asked why would you include young children on your MySpace account. You stated that you do not participate in dialogue with students on your band's MySpace page.

The purpose of this counseling memorandum is to state that you cease and desist any acts of insubordination including anything in writing being distributed to children, staff or community members in this or any building that is contrary to any NSCSD Board of Education policy, the directives of the Superintendent of Schools or his designees and the administrative team of Roxboro Road Middle School.

In addition, you will treat everyone in this building and within the NSCSD with respect and dignity and avoid violating the NSCSD Staff Code of Conduct, specifically Section A, numbers 3, 4, 5, 7, 8 and 10 as well as Section B, number 3.

Furthermore, any incidents of insubordination or violations of Board of Education Policy 9100, or failure to follow the directives set forth is this meeting and the resulting counseling memorandum will result in a meeting at the office of Annette Speach, Director of Human Resources.

You are requested to sign this memorandum. Your signature indicates that you have had the opportunity to review the contents of this memorandum. The memorandum will be placed in your personnel folder located in the Office of Human Resources at the District Offices.

Name ______________________ Date ______________

* MS. RAUSA HAS NOT SIGNED THIS C.M. 2/13/09 [initials]

# Exhibit D

Applications ?

Chat (9)

2 links See All

Check Out My Donut!

Christmas in Florida 2008

Suggest Friends for Danielle

Remove from Friends

Share

**Danielle Rausa** If there is any justice in this world... and I do believe there is - Wolfie picked the WRONG person to mess with !!!! Oh, Yeah - it's ON!!!

Wall Info Photos Boxes

Write something...

Attach Link Photo Video Gift

Filters

**Danielle Rausa** If there is any justice in this world....and I do believe there is - Wolfie picked the WRONG person to mess with !!!! Oh, Yeah - It's ON!!!
Yesterday at 1:03pm · Comment · Like

Robin Miller Floyd
im sorry...your going through so much....what the heck is he doing?

Michael Kilmurray
whats up now

Write a comment...

**Danielle Rausa** Well - thinking you're one day behind then catching up is my way to make the week go faster!!!!! Maybe I should be blond!
Yesterday at 6:03am · Comment · Like

Bridget Gallagher Gildemeyer
Hey...it might work..my weeks fly!...granted I can't remember what I did all week already!

Pamela Woznica
hey now..brunettes have moments too

T

Write a comment...

**Danielle Rausa** Can't believe it's only Tuesday -the principal's at it again. Going to be a long week.
Wed at 6:51am · Comment · Like

Danielle Rausa likes this.

Michele Bouchard
I think today's Weds. Danielle. Tell the principal to get humped.

Show 2 more comments...

Katie Cahill Kruger
Guessing you have less than a week before your well deserved break....keep smilin'!!

SRO

Karen Jones-Darlenzo
Danielle, did you realize its wed yet????

Write a comment...

**Lucinda Hazen** You look fabulous...and, oh my gosh! Your babies are absolutely beautiful!! Tell your folks and Mel and Alicia hello for me...wonderful memories of hanging out at your house so many, many years ago now! Enjoy your blessings!
June 15 at 2:59pm · Comment · Like

Advertise

**Win A Massachusetts Trip**

Massachusetts
It's all here for everyone

Enter for a chance to win a trip to the first state in the nation to legalize same-sex marriage. It's all here for everyone.

**Sample Sales Online**



You're invited to join Gilt Groupe! Sign up for access to designer fashion at sample sale prices online. Free registration.

**Get a Free Break-Up Box**



Need to get over Prince Charming? How about a handsome check. Sell ex-jewelry today at OutOfYourLife.com™

More Ads

Applications

Chat (9)

Danielle Rausa
Thank you Lucinda - it's great to hear from you. I've heard from many about all the cast parties when I was too little to partake in all the fun!!! Guess I made up for it though!!!How are you?

RECENT ACTIVITY

Danielle commented on her own photo album.

Danielle and Elli Sobine are now friends.

Danielle and Sabrana Williams are now friends.

Danielle Rausa Beautiful family reunion yest. in PA. I loved watching my kids see and meet family and asking how they are related. Emotional day-happy and sad. I wish they knew their father's side like this...family is important. He doesn't allow it. Maybe Mr. Wonderful is embarrased of his two beautiful kids! Or maybe, more truthful-he's created such lies that this is the effect his kids get for the rest of their lives. Sad.
Comment · Like

Tammy Ferguson
I agree Danielle..... it is very sad that he is like this. Someday he will look back and regreat not being with them and if he does not, well then they are better off. Besides.. I think that you are doing a great job at being a parent of one...

Danielle Rausa OK - not a lot of sleep, but sets are done for Manlius AND Harborfest....Learned two new Sade tunes (with saxophone) and it's only 9:30. I need some coffee!!!! Happy Saturday - going to finish the swingset now!
June 13 at · Comment · Like

Steven Robinson likes this.

Michele Walbert Pratt
May I have what you're having????

Robin Miller Floyd Hey girl...you need to let me know where your band is playing this summer....its been so long....Love to see you play again...keep me posted
June 12 at · Comment · Like · See Wall-to-Wall

Danielle Rausa
I will post schedule soon - but in the meantime...June 26th Manlius "swinging into the 4th" party 7-9 and July 7th at Clay town Park next to YMCA - 6:30 - 8:30. I'm glad you found me - how are things with you?

Robin Miller Floyd
Great I will mark those dates down...Things are great..can wait till summer........Kids are doing well and work is going OK...hope to catch ya this summer for sure

Danielle Rausa TGIF to all.....I'm so glad it's here!
June 12 at · Comment · Like

Karen Jones-DeRienzo likes this.

Robin Miller Floyd
amen to that

Bridget Flanagan Gildemeyer
not Friday til 1:00 tomorrow...still have to work tonight and tomorrow morning...

Write a comment...

RECENT ACTIVITY

Danielle and James J Mabie are now friends.

Applications

Chat (9)

Danielle and Lucinda Hozen are now friends.

Danielle and Robin Moli Lloyd are now friends.

Danielle Rausa I want the manual on raising children that got stuck upon delivery!!!!!!!!!!!!!!
Comment · Like

Phyllis Hartlew Elwood
Benny got stuck! If you get the manual please share. I'd love to have it! Saw your Dad and Sister at little league last night! Good to see them.

Michael Carbonaro
I have not seen your Dad in 24 years and your sister in 23 years... Do you have any pictures of them you could post?

Danielle Rausa
working on it Michael. I will tell them you said hello. How are you??

Michael Carbonaro
I am unbelievably awesome. My Life is GREAT. I will shoot you an email and update you.. thank you.

Debbie Kruger hey, if you can you should put trever and annie on facebook...the thing you recorded on your phone. SR 0
Comment · Like · See Wall-to-Wall

Danielle and Heather Pallone Hines are now friends.

Danielle and Mike Januszka are now friends.

Danielle and Michael Kilmurray are now friends.

Danielle Rausa Tuesday....no sleep last night - again. Wonder what fun things are in store today!
Comment · Like

Bridget Flanagan Gildersleeve
ditto...

Michele Bouchard
Seems to be a common thing on here this morning. Wonder if something's going on with the planets?

Karen Jones-Derenzo
I dont want to brag ,,, but with the rain I slept like a baby...sorry

Danielle Rausa My boy is growing up. His graduation night from Pre-K. Songs, songs, costume changes, and awards. How cool. AND - he's the biggest in his class!



Liam Paul's Graduation from Pre-K!!!

June 9 · Comment · Like · Share

Mike Deyulio likes this.

Michele Bouchard
He's so cute! I can't believe how fast he's growing!

Show 2 more comments...

Tammy Ferguson
What a little man.... I love the shades!!!!!

Danielle Rausa
Thanks to all of you - I agree...he's wicked cute! When things

Applications

Chat (9)

seem to be real bad - I look at him and his sister and know I was truly blessed

Write a comment...

Danielle Rausa I never thought I'd say this.....but I think I need a man. Only to help me get a swingset up!!!!

Comment · Like

Meggie O'h
lol

Show 4 more comments...

Lori Gust
You're a sweetheart Bob :o)

Debbie Kruger
is there really anything else we need them for?

Write a comment...

Phyllis Martlew Elwood Benny is wondering if Liam would like to have a sleep over here sometime. How are things going? Hope all is well.

Comment · Like · See Wall-to-Wall

Danielle Rausa Thanks, Carol - I needed this today! 4 things you can't recover - the stone after the throw, the word after it's said, the occasions after the loss, the time after it's gone.

May 30 · Comment · Like

Danielle Rausa sick and tired of being sick.....and tired! Medications are making things aweful! But - it's Saturday, I'm going to take it easy and maybe even get to talk to a certain unexpected someone who brings a smile to my face. Hope everyone has a great day!

May 30 · Comment · Like

Meggie O'h
feel better!

Write a comment...

Bridget Flanagan Gildemeyer
In this photo: Danielle Rausa



oldies! well sort of!

View album

RECENT ACTIVITY

Danielle wrote on Phyllis Martlew Elwood's Wall.

Show Older Posts...

fb_menu_friends_dropdown="null" clickboundfb_menu_friends_dropdown="null"
Applications
Home Profile Friends Inbox

Danielle Rausa Friends

Friendship Mutual Friends

Search Friends

Show: Choose an option...

Danielle has 92 friends.

1 2 Next


Alan Gildemeyer
Add as Friend


Andrea Jensen
Syracuse, NY
Add as Friend


Andrea Marshall-Money
New York, NY
Add as Friend


Ashlee Marie
Cicero- North Syracuse High School '10
Syracuse, NY
Add as Friend


Bailey Gildemeyer
Add as Friend


Barb Clark
Syracuse, NY
Add as Friend


Barbara Mashburn
Orlando, FL
Add as Friend


Bill Sabine
Syracuse, NY
Add as Friend


Bob Minikhiem
Syracuse, NY
Add as Friend


Bridget Flanagan Gildemeyer
Add as Friend


Brittany Seeber
Add as Friend


Bryon Hoffman
Syracuse, NY
Add as Friend


Carri Allen Jones
Syracuse, NY
Add as Friend

Chuck Sgroi
Add as Friend


Craig VanDerveer
Raymour & Flanigan Furniture
Add as Friend

Dave Frateschi
Add as Friend

Advertise

Upstate Gardeners' Journal

Gardeners'



Upstate New York's best gardening resource. Pick up a copy or subscribe today!

Become a Fan




More Ads

Applications ? Chat (9)


Syracuse, NY


Dave Shadbar
Washington, DC
Add as Friend


David J Minikhiem
Add as Friend


David Rose
Add as Friend


Dean Sharron
Syracuse, NY
Add as Friend


Debbie Kruger
Syracuse, NY
Add as Friend


Denise Greenfield
Add as Friend


Doug Percival
Savannah, GA
Add as Friend


Frank DeLucia
Indianapolis, IN
Add as Friend


Frank May
Syracuse, NY
Add as Friend


Fred Vaeth
Syracuse, NY
Add as Friend


Gianna Annesi
Add as Friend


Greg Boshart
Syracuse, NY
Add as Friend


Heather Pallone Himes
Syracuse, NY
Add as Friend


Holly Schader Davenport
Baltimore, MD
Add as Friend


James J Mabie
Columbia, SC
Add as Friend


Jeff Montpetit
Syracuse, NY
Add as Friend

Jeffrey Choquette Working on a rainy day.
on Thursday
Add as Friend

Applications

Chat (9)


Syracuse, NY
Sun Microsystems
SUNY Potsdam Grad Student


Jim Bohm
Buffalo, NY
Add as Friend


John Bobey
New York, NY
Add as Friend


John Sharkey
New Haven, CT
Add as Friend


Katie Cahill Kruger feelin' lazy with all this lousy rain...good day to just lay on the couch and watch movies.
16 hours ago
Syracuse, NY


Kevin Stott
Syracuse, NY
Add as Friend


Kim Lembo
Add as Friend


Kim Rothrum Lanowy
Add as Friend


Kyle Meleski
Greenville, SC
Add as Friend


Lisa Payne Modugno
Syracuse, NY
Add as Friend


Lori Grabosky-Ward TGIF ! Where's the sunshine......
54 minutes ago
Syracuse, NY
Add as Friend

Lori Grist is wondering if anyone can tell me what the appropriate monetary amount would be for a high school graduation gift would be?
on Tuesday
Syracuse, NY
Add as Friend


Lucinda Hazen
Eastern Idaho, ID
Add as Friend


MacKenzie Gildemeyer
Cicero- North Syracuse High School '11
Add as Friend


Mark Bialczak
Add as Friend


Mark Shingler
Syracuse, NY
Add as Friend


Meggie O'h
Syracuse, NY
Add as Friend

Applications ?

Chat (9)



Michael Burek
Philadelphia, PA

Add as Friend

1 2 Next

Facebook © 2009 English (US)

About Advertising Developers Careers Terms Find Friends Privacy Mobile Help

# Exhibit E

**To:** Speach, Annette[ASpeach@nscsd.org]; Finkle, Stanley[SFinkle@nscsd.org]
**From:** Wolf, Steven
**Sent:** Fri 7/17/2009 4:15:01 PM
**Importance:** Normal
**Subject:** FW:

FYI.

---

**From:** Moran, Tamara
**Sent:** Friday, July 17, 2009 12:07 PM
**To:** Wolf, Steven
**Subject:**

On 7-14-09, I received a call from Danielle Rausa at 9:46 a.m. She was returning my call to her. I explained Steve Wolf had requested I contact her after her two week camping trip to reschedule the follow-up YES form meeting. Danielle stated that she was not going to schedule a meeting with Steve, and made a statement about having Steve squirming because he didn't do his job (not sure of exact wording). She stated she was still on her camping trip, and was not going to schedule the meeting with me, that the school year was over.

Danielle stated she would only speak directly with Steve, and to ask him to call her back. I took the message for Steve. She then made a statement that she's spoke with the Union, and again stated she refuses to meet with "Him".

Danielle then informed me that she thought Robin Launt had gotten another position at ESM, and that would leave her all alone with the "boys club".

I told Danielle I had to go and that I would give Steve the message and the call ended.

EXHIBIT
Defendants
12/4/13
PENGAD 800-631-6989

# Exhibit F

**Roxboro Road Middle School**

# ROX ROCKS!

**Good News Bulletin**
**November 2009 Volume I**



## FROM MR. WOLF

Hello, everyone! Welcome to Rox Rocks!, a publication where I hope to share all the wonderful things we are doing at RRMS to create a positive environment for all to work and learn in! I will email the good news bulletin monthly. If you ever have anything you would like to share, please send it my way and get it in the good news bulletin!

## COMPUTER CLUB

40 plus students are participating in the RRMS Computer Club with Mrs. Cavino. Students created self-portraits using Microsoft Word! They also created Halloween scenarios. Computer Club is off to a great start!

## RED RIBBON WEEK

Hundreds of canned goods were donated by RRMS students towards "Donate A Can Day" on October 27th during Red Ribbon Week. Other Red Ribbon Week events include "Wear Red Day", door decorating and school/team spirit day. Way to go, RRMS, in supporting Red Ribbon Week!

## CNS HONOR SOCIETY

We have a student from CNS Honor Society, Serena Tepp, coming to RRMS on Tuesdays after school to tutor several students in Math. Many thanks to Serena!

## FITNESS INTRAMURALS

RRMS has Fitness Intramurals in the morning and afternoon. There are currently 84 students participating in Fitness Intramurals working to improve their muscular strength and cardiovascular endurance! Nice job!

## FITNESS CLUB

The RRMS Fitness Club held two dances during October, with 598 students attending. Everyone had a great time dancing and laughing! Watch for more dances in the future!

## THE GREEN TEAM

The Green Team has collected 2,345 pounds of recyclables this year so far! Thank you, RRMS, for all your hard work in recycling for the Green Team – and KUDOS to the Green Team for all their hard work in collecting them! Let's keep it green!

## POSTER CONTEST

Several of our RRMS students won Honorable Mention in the CNY Veteran's Parade Poster Contest, thanks to our art teacher Melissa Grimes-Wortman. Nice work!

## MOSCOW BALLET

Saidniso Ulmasova is performing with the Moscow Ballet in their production of "The Nutcracker". She is a 5th grade student on Mrs. Ordway and Mrs. Blake's team. If you see her, please wish her luck!

PENGAD 800-631-6989
EXHIBIT
12/4/13

Roxboro Road Middle School

# ROXBORO ROCKS!

Good News Bulletin
January 2010 Volume II

## BAND/ORCHESTRA HOLIDAY CONCERT

This year's band/orchestra concert was a tremendous success. Both groups played to a standing-room only crowd on December 15th in our auditorium. This year it even snowed in the auditorium! Congratulations to the students who played awesome! They made us all proud! Congratulations also to Mr. Bossert, Mr. Stone and Mr. Wallace for all their efforts preparing the students. Great job, everyone!

## NSCSD SPELLING BEE

The district results are in. The 7th grade students representing RRMS on January 23rd at CBA will be:

[redacted] – Homeroom 133
[redacted] - Homeroom 134
[redacted] – Homeroom 134
[redacted] Homeroom 131
[redacted] Homeroom 130

Five of the nine finalists are Roxboro's Finest! Great work, everyone! Thank you to Mrs. Vergara and Mr. Caroccio for helping our spellers this year!

## CNS OPTIMIST CLUB RECOGNIZES 10 RRMS STUDENTS

On December 1, the Cicero-North Syracuse Optimist Club has recognized the following students for their good scholarship, citizenship, social and scholastic improvement, cooperation and helpfulness. Congratulations to:

[redacted]

[redacted]

## DRUG "SUPERHEROES" ADVANCE

The RRMS Rite Aid Drug Quiz team, the "Drug Superheroes", will be competing in the NSCSD Drug Quiz playoffs on January 20th at 9:00 a.m. at the District Offices. Competing for a spot in the Onondaga County competition in February will be:

[redacted]

[redacted]

Good luck to our Roxboro Superheroes and their advisor, Mrs. Beatty!

## WINTER CHORUS CONCERT

Over 90 voices will be heard at the January 26th Winter Chorus Concert, to be held at 7:00 p.m. at RRMS in the Auditorium, under the direction of Ms. Launt (5th grade chorus) and Ms. Rausa (6th/7th grade chorus). The students, their advisors and directors have been working very hard and are looking forward to sharing the results of all their hard work! Please join us!

## ROXBORO GIVES BACK – AGAIN!!!

On December 15, forty staff members and volunteers gathered together to create over 50 holiday cads for Veterans at the Veteran's Administration Hospital. Thank you, BPT members, for organizing this fun and meaningful activity! Thank you to all the volunteers who helped make this event a success!

## SHARLENE RICHARDS, ROX ARTIST IN RESIDENCE!

Sharlene won a coloring contest that was inspired by Edward Manet's, "Argenterial Boats" (1874), which was part of the "Turner to Cezanne" exhibit at the Everson Museum. Sharlene's picture was hung along with the other winners of the museum as part of the exhibit.

## GRAND RE-OPENING OF STUDENT BOOKSTORE

Mr. Irwin, Advisor for the Student Bookstore, is happy to announce the grand opening of the Student Bookstore! It will be open Wednesday's during the end of lunch periods. Thanks, Mr. Irwin, for starting the bookstore back up!

## "GOING DOWN UNDER"

Eric Tangredi, a 6th grader of Roxboro's Finest, is going to Sydney, Australia this summer as a People to People Student Ambassador. He will have a learning experience while getting to know people of another culture. Eric will be traveling to many places including an opportunity to submerge and converge with the Great Barrier Reef. We wish good luck to Eric!!

## MATH LEAGUE - MATHLETES

After two meets, the RRMS Mathletes have a total of 20 points! Our team is competing against 7th and 8th graders with the possibility that some of the 8th graders are taking 9th grade math. Members of the Mathletes team are:

[redacted]

Go Team Roxboro!! Nice work, Mathletes!

# LYNX TO ROXBORO ROAD MIDDLE SCHOOL



April, 2010
Volume XII, Issue VIII

North Syracuse Central School District

www.nscsd.org

**CENTRAL ADMINISTRATION**

Jerome F. Melvin,
Superintendent of Schools
Stanley Finkle,
Assist. Superintendent for Instruction
Wayne D. Bleau,
Assist. Superintendent for Management

**BOARD OF EDUCATION**

Pat V. Carbone, President
Toni Lyn Brauchle, Vice-President
Linda Banach
Catherine Cifaratta-Brayton
Robert Crabtree
Sandra M. DiBianco
George Harrington
Scot McClintock
Jacqueline Owens
Connie Gibson, District Clerk

Dear Parents and Guardians of Roxboro Road Middle School:

Spring is here and I hope you're able to get out and enjoy some of the warmer weather! Before you know it, it will be time for April break. From there, it's an absolute whirlwind to the end of the year. So before it all starts, some very important information and dates:

- April 14 and 15 will be our spring musical "OZ!" This promises to be a terrific production and I hope you can be part of it! A big thank you to Ms. Rausa and all the Drama Club members for all their hard work!

- April 19-23 is Spring Break. Relax and enjoy your family time together! Remember to get back on time for…

- April 26th ELA testing begins for grade 6. This begins testing season in earnest. Math testing will begin May 5th with Grade 5.

Since it is that time of year, having your child attend school every day is even more important. Being out for even a short period of time may cause your child to miss a review session or a test. However, if your child is sick with any flu-like symptoms, such as a fever, they should be kept home. Otherwise, please send them everyday!

Please make sure your children get plenty of rest, exercise and lots of high protein foods to keep their brains humming along at peak performance!

Happy Spring!

Steven A. Wolf, Principal

Roxboro Road Middle School

# ROXBORO ROCKS!

Good News Bulletin

May 2010 Volume III



## CENTRAL NEW YORK SCIENCE OLYMPIAD COMPETITION

Congratulations to the 10 students who completed in the CNY Science Olympiad Competition on March 6, 2010. They competed against 26 other teams in CNY and came in 5th place!!!! The top winners qualified for the State Competition that was held in April. KUDOS to the following team members, nice job and Congratulations!!!

[redacted]

## ROXBORO GIVES BACK MILITARY FITNESS EVENT

On January 21st, Roxboro Gives Back sponsored a Military Fitness Event. 50 students and 5 teachers participated. SGT Garrisi from the United States Air Force ANG 174 spoke about the importance of proper nutrition and exercise. This was followed up with students being led through actual basic military workouts. Thank you to SGT Garrisi and everyone who participated!

## CNS KEY CLUB GRATITUDE LETTERS

As a result of an assembly held last year a CNS, Rachel's Challenge, the CNS Key Club started a program called Gratitude Letters. These allowed the entire high school to collectively reflect on those who have crossed their paths and made an impact on their lives. The activity allowe both students and staff a moment to write a brief letter of thanks to someone that they were grateful for in their lives. Several staff members at RRMS were the proud recipients of these letters – what a great honor! Thanks to Heather Blaski, Faculty Advisor for the CNS Key Club, for organizing this wonderful event!

## ROXBORO ROAD MIDDLE FLAG DAY CEREMONIES JUNE 11, 2010

We have great things planned for our program on June 11, 2010, for Flag Day! The official "unveiling" of our extra-large US Flag that will hang on the back of the building will take place – the public will be able to view the flag all the way from Route 81! Also planned are the presentation of the Essay Contest winners, a special patriotic performance from our Chorus, Orchestra and Band students, winners of the Door Decorating Contest, and many other fun events! Come join us for a fun, Patriotic morning!

## ROXBORO ROAD MIDDLE SCHOOL DRAMA CLUB PRESENTS "OZ" PRODUCTION

Our musical production of "OZ!" was a tremendous success! Thank you to Ms. Rausa for her tireless dedication to this intensive project! It was a lot of fun and we were sold out both nights! Thanks also go out to the following parents who volunteered hours of their own time to our production:

The Roxboro Middle PTO
[redacted]

The following staff members should also be thanked for their contributions to our production:

[redacted]

## MARION BLUMENTHAL LAZAN PRESENTATION

Marion Blumenthal Lazan, a Holocaust survivor and co-author of Four Perfect Pebbles, an award-winning book about h childhood under Hitler's rule, came to RRMS on May 10th. Marion spoke to ou 6th and 7th grade students giving them a moving first-hand account of the Blumenthal family's life in Germany fro the events preceding Kristallnacht to imprisonment in concentration camps to liberation in April of 1945. Mrs. Lazan wa 11 years old when the family gained its freedom. She related to adolescents, describing her ordeal in such a manner that our students were quickly drawn into the drama. They were, in fact, eyewitnesses to history.

Marion also spoke that evening to about 200 people who were just as enthralled and involved in her story. She also signed books and spoke to everyone there personally.

Mrs. Lazan's mission is to speak to as many students as possible so they hear the story from a Holocaust survivor. Her presentation went beyond the facts; she applies the lessons learned to society today. She asked her audience to be tolerant of others and not stereotype individuals based on religious belief, color, race or national origin. She stressed the importance of positive thinking as well as creativity and inner-strength when working to overcome adversity. She also warned students to be true to themselves and not blindly follow the leader. Her presentation was moving and inspiring.

Thank you to Robin Ciciarelli, her family and our PTO for bringing this precious gift to all of us.

Roxboro Road Middle School

# ROXBORO ROCKS!

Good News Bulletin
December 2010 Volume IV

## DISTRICT SPELLING BEE

Congratulations to the Roxboro Road Middle School students who performed amazingly at the District Spelling Bee on November 30th! The North Syracuse Central School District was able to send the top 6 spellers on to the next round. All 6 spellers are from Roxboro Road Middle School!!!! The next round will be a written spelling bee for the county at Christian Brothers Academy on Saturday, January 22, 2011. Congratulations and Good Luck! We are very proud of all of you!

FIRST PLACE: A[redacted] B[redacted]
SECOND PLACE: M[redacted] E[redacted]
THIRD PLACE: R[redacted] A[redacted]
J[redacted] M[redacted] Z[redacted] C[redacted]n J[redacted] H[redacted]

## SALVATION ARMY FOOD DRIVE

The Roxboro Road Middle School Fitness Club sponsored a building-wide food drive for the Salvation Army during the month of December. The Salvation Army was VERY impressed with the amount of food our school collected. We filled 10 barrels with food!!! Many thanks to our Fitness Club advisors Kim Lucia and Jill Millias along with Bill Cupoli for all your hard work and dedication at making this such a huge success!!

## CICERO-NORTH SYRACUSE OPTIMISTS CLUB

This year 17 Roxboro Road Middle School 7th grade students were honored on November 30, 2010, by the Cicero-North Syracuse Optimists Club. These students were recognized for demonstrating good citizenship, working to his/her potential in all areas, as well as demonstrating concern for their community by helping others. Congratulations to [redacted]

## ROXBORO ROAD MIDDLE GREEN TEAM

The Roxboro Road Middle School Green Team, under the direction of Mrs. Kesselring, has been collecting the new Juicy Juice cans from the cafeterias and returning them for the nickel deposit. All of the proceeds are going to be donated to Pennies for Peace. After the first two trips to the redemption center, they returned $34.20 worth of cans! Thank you, Green Team members and Mrs. Kesselring! Keep up the good work recycling!

## POP-WARNER PEE WEE CHEERLEADING FIRST IN THE NATION

Congratulations go out to staff members Sue Berti and Mary Cali-Rachetta on their daughters placing 1st nationwide in the Pop Warner Pee Wee Cheerleading competition! Jillian Berti and Natalie Rachetta, both 7th grade students at Gillette Road Middle School, are on the Cicero Falcon Pee Wee cheerleading team that recently competed in the Pop Warner National Competition in Orlando, Florida. Their team was undefeated this year placing first in Local, State and Regional Divisions earning them a bid to compete at Disney. At Disney, they competed against 17 other teams nationwide, coming in 1st place! Kudos to the team, coaches and parents!



## STAFF PERFECT ATTENDANCE

Roxboro Road Middle School is proud to announce 6 staff members who achieved perfect attendance during the 2009-2010 school year! Congratulations and nice work everyone!

[redacted]

## VISITING TEACHERS FROM CHINA

Roxboro Road Middle School was the proud host of two teachers who were visiting the North Syracuse Central Scho District from China to observe and learn about academics in our country. Thank you to all staff for welcoming them to ou building as well as a special thank you t Glenda House, Kathy Schell and Lauren Kelly for assisting with them individuall in classrooms and the Library Resource Center!

## THE HOLIDAY GIFT CLOSET

We are celebrating another successful year for the Roxboro Road Middle School holiday gift closet for students! Staff has donated an abundance of items for gifts. Students are referred by teachers to Kristi Nappi or Joan Kesselring for students in need to shop for items to be used as holiday gifts for family members. The generosity of staff at RRMS in giving gifts, wrapping paper, gift bags, etc. is greatly appreciated. A special thanks to Kristi Nappi, Glenda House and Joan Kesselring for helping organize the closet!

## FALL DANCES

The Roxboro Road Middle School Fitness Club sponsored dances for 5th, 6th and 7th grade students this fall. They were very successful, with 726 students attending! Students enjoyed dancing to the music and socializing with their peers. Thank you to the Fitness Club for sponsoring this fun event!

## HEALTH FITNESS ZONE

The Roxboro Road Middle School Physical Education Department is happy to announce that just over 500 students are in the Health Fitness Zone for the One-Mile Run and PACER test in PE class this Fall! Keep up the good work!

## IMPROVING FITNESS LEVELS

Kudos to the PE Department! Many students have been working to improve their game skills and fitness levels by participating in after-school intramurals. 250 students signed up this Fall for basketball, lacrosse, track & field and/or boot camp. Way to go!



## HAT DAY FOR SALAVATION ARMY TICKETS FOR TEENS

The Fitness Club sponsored a Hat Day for all Roxboro Road Middle School students in November. $505 was raised to donate to the Salvation Army's program called "Tickets For Teens". Great job by the RRMS Fitness Club and Physical Education Department!



## VICTORIAN WHISPERS

7th Grade students enjoyed a production by the Victorian Whispers again this year. The performance was entertaining, educational and fun for all the students who attended! Thank you to everyone wh helped in making this production possibl with their generous donations to Arts In Education – Roxboro Road Middle PTO, RRMS Student Council, and RRMS Band/Orchestra Club.

## COURTYARD PROJECT

William Irwin, retired Roxboro Road Middle School teacher, has provided a brief History of the Courtyard for our school. Please take a minute to read the attached interesting and informative narrative of how the Courtyard at Roxboro Road Middle School has evolved and grown over the years! Please join us in extending our appreciation to Bill Irwin for all his hard work and dedication to Roxboro Road Middle School and the Courtyard Project over the years. Thanks, Bill!

DW00180

**To:** Jackson, Linda[LJackson1@nscsd.org]; Rausa, Danielle[DRausa@nscsd.org]; Finkle, Stanley[SFinkle@nscsd.org]; Gramet, Kathleen[KGramet@nscsd.org]
**From:** Wolf, Steven
**Sent:** Wed 4/14/2010 11:45:27 AM
**Importance:** Normal
**Subject:** RE: Oz play

This is awesome stuff!

Congratulations and Good Luck tonight!

-Steve

---

**From:** Jackson, Linda
**Sent:** Wednesday, April 14, 2010 7:30 AM
**To:** Rausa, Danielle; Finkle, Stanley; Gramet, Kathleen; Wolf, Steven
**Subject:** RE: Oz play

How wonderful!!

---

**From:** Rausa, Danielle
**Sent:** Tuesday, April 13, 2010 11:38 PM
**To:** Finkle, Stanley; Gramet, Kathleen; Wolf, Steven; Jackson, Linda
**Subject:** FW: Oz play

EXHIBIT NF
DeSantis Z
12/4/13
PENGAD 800-631-6989

---

**From:** Robert Baum [mailto:ozhistorian@yahoo.com]
**Sent:** Tue 4/13/2010 10:11 AM
**To:** Rausa, Danielle
**Subject:** RE:Oz play

Danielle,
Hi, Robert Baum here. I just want to wish you and all your students the best for your play. Clare and I wish we could be there. We taught for 33 years and loved every minute of it. I think it is very fitting that not only is there a school on L. Frank's home ground but that you are putting on the Wizard of Oz play also. If I might ask a favor, can you have the cast sign a program from the play and send it to me? Again, best of luck with the play. I am sure L. Frank will be there watching!

Bob Baum