UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DANIELLE RAUSA,

Plaintiff,

v.

THE BOARD OF EDUCATION OF THE NORTH SYRACUSE CENTRAL SCHOOL DISTRICT, AND STEVEN WOLF,

Defendants.

Civil Action No. 5:11-cv-01152-TJM-AJB

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2013, I electronically filed the foregoing Notice of Motion; Memorandum of Law in Support of Defendant's Motion for Summary Judgment; Defendants' Statement of Undisputed Material Facts; Declaration of Laura H. Harshbarger, Esq., with attached exhibits; Affidavit of Kathleen B. Gramet, with attached exhibits; Affidavit of Ellen Hardy, with attached exhibits; Affidavit of Kristen Kopf, with attached exhibit; Affidavit of Robyn Launt, with attached exhibits; Affidavit of David Morton, with attached exhibits; Affidavit of Annette Speach, with attached exhibits; and Affidavit of Steven Wolf, with attached exhibits, with the Clerk of the United States District Court for the Northern District of New York using the CM/ECF system, which sent notification of such filing to the following:

Stephen Ciotoli, Esq.
O'Hara, O'Connell & Ciotoli
*Attorneys for Plaintiff*
7202 East Genesee Street
Fayetteville, New York 13066
E-mail: sdc@oharalaw.com

/s/ Laura H. Harshbarger
Laura H. Harshbarger